UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Ballard et al.**

    v.                        MDL Docket No. 02-MD-1335-PB
                              Civil No. 04-CV-1336-PB

**Tyco International, Ltd. et al.**


**O R D E R**

      The Ballard plaintiffs' motion for reconsideration (Doc. No. 220) is granted.  This case shall be coordinated with the Securities action in the manner specified in Practice and Procedure Order No. 9.  Counsel for the Ballard plaintiffs shall meet and confer with counsel for the Securities plaintiffs and jointly develop a proposed practice and procedure order to govern the coordination of pretrial proceedings.  This proposed order shall be filed with the court on or before July 29, 2005.

      SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date:  July 11, 2005

cc:  Counsel of Record