UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Ezra Charitable Trust</u>

      v.                          Case No. 03-cv-1355-PB
                                              02-md-1335-PB

<u>Tyco International Ltd.</u>

## **J U D G M E N T**

In accordance with the Memorandum and Order dated September 2, 2005 by Judge Paul Barbadoro, judgment is hereby entered.

                                                      By the Court,

                                                      <u>/s/ James R. Starr</u>
                                                      James R. Starr, Clerk

September 22, 2005

cc:    Counsel of Record