```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**   Case No. 02-MD-1335-PB
                                          **SECURITIES ACTION**
                                          Case No. 02-266-B


### O R D E R

Dura Pharmaceuticals Inc. v. Brudo, 125 S. Ct. 1627 (2005) does not alter the law that I relied on in rejecting defendants' loss causation arguments.  Defendants' motions arguing otherwise (doc. nos. 474, 492) are denied.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
U.S. District Judge

December 1, 2005

cc: Counsel of Record