UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


**IN RE TYCO INTERNATIONAL LTD**          MDL No. 02-1335-PB
**SECURITIES LITIGATION**                  SECURITIES ACTION

   **Scott Davis, et al.**
        **v.**                             Civil No. 04-1338-PB
   **Dennis Kozlowski, et. al.**


                          **NOTICE OF RULING**


   Re:    Motions for Reconsideration of Court
          Remand Order (Doc. Nos. 402 and 403)


   **Ruling:**  The parties agree that the issues raised by the
   motions for reconsideration (doc. nos 402 and 403) will
   be resolved by the Supreme Court's decision in Merrill,
   Lynch, Pierce, Fenner & Smith, Inc. v. Dabit.  There is
   no reason why the motions should remain pending until the
   Supreme Court issues its decision.  Accordingly, the
   motions are terminated without prejudice.  The remand
   order is vacated without prejudice and the cases that
   were subject to the remand order are stayed.  I will
   decide whether the cases should be remanded after the
   Dabit decision issues.


   Entered by:  Paul Barbadoro, United States District Judge

   Date:  January 20, 2006


cc:  Counsel of Record