80 State Street
Albany, NY 12207
518-434-6543
Tax I.D. #56-2285876

# Invoice

| Date | Invoice # |
|---|---|
| 8/26/2005 | 3387 |

Tyco International LTD
The Zurich Centre, Second Floor
90 Pitts Bay Road
Pembroke, Bermuda HM 08

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Extracted & Conversion of Documents & Files For work peformed for the period July 1, 2005 Through August 19, 2005 | | | |
| OCR of Hard-copy population | 5,906,291 | 0.0400 | 236,251.64 |
| Electronic file conversion of native files to TIFF with metadata & text extraction | 50,921,665 | 0.1100 | 5,601,383.15 |
| Discount - 15% | | -875,645.22 | -875,645.22 |
| | | Total | $ 4,961,989.57 |

** Note:
The above numbers are subject to revision based on a full audit of our internal records