IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE TYCO INTERNATIONAL, LTD., SECURITIES LITIGATION | 02-MDL-1335-PB<br>**SECURITIES ACTION** |

**ASSENTED-TO MOTION OF LEAD PLAINTIFFS (1) TO EXTEND TIME AND (2) TO COMBINE IN A SINGLE MEMORANDUM OF LAW LEAD PLAINTIFFS' RESPONSE TO TYCO'S CROSS MOTION FOR A PROTECTIVE ORDER AND REPLY MEMORANDUM IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PREVENTING TYCO INTERNATIONAL, LTD. FROM CHARGING AN UNJUSTIFIED AND EXORBITANT SUM FOR ITS DOCUMENT PRODUCTION**

With Tyco's assent, and pursuant to Local Rule 7.2(a), Lead Plaintiffs Plumbers and Pipefitters National Pension Fund, United Association General Officers Pension Plan, United Association Office Employees Pension Plan and United Association Local Union Officers & Employees Pension Fund, Teachers' Retirement System of Louisiana, Louisiana State Employees' Retirement System, and Voyageur Asset Management (collectively "Lead Plaintiffs") respectfully move that the deadline to file (1) Lead Plaintiffs' Opposition to Tyco's cross motion for a protective order (Document 710); (2) Lead Plaintiffs' motion for leave to file a Reply Memorandum Of Law In Further Support Of Lead Plaintiffs' Motion For A Protective Order Preventing Tyco International, Ltd. From Charging An Unjustified and Exorbitant Sum For Its Document Production, dated April 4, 2006 (Document 682) (the "Reply Memorandum"); and (3) Lead Plaintiffs' Reply Memorandum be extended until **Wednesday May 24, 2006**. Tyco does not object to Lead Plaintiffs' filing of the Reply Memorandum.

In addition, with Tyco's assent, and pursuant to Local Rules 7.1(a)(3) and 7.1(e), Lead Plaintiffs respectfully move that their opposition to Tyco's cross motion for a protective order and their Reply Memorandum be combined in one filing not to exceed 25 pages.

Lead Plaintiffs further state that the granting of this motion will not result in the continuance of any hearing, conference, or trial.

**WHEREFORE**, Lead Plaintiffs respectfully request the following relief:

    A.    An Order permitting up to and including **Wednesday May 24, 2006** the filing of: (1) Lead Plaintiffs' Opposition to Tyco's cross motion for a protective order (Document 710); (2) Lead Plaintiffs' motion for leave to file a reply memorandum of law in further support of Lead Plaintiffs' Motion For A Protective Order Preventing Tyco International, Ltd. From Charging An Unjustified and Exorbitant Sum For Its Document Production, dated April 4, 2006 (Document 682) (the "Reply Memorandum"); and (3) Lead Plaintiffs' Reply Memorandum;

    B.    An Order permitting Lead Plaintiffs to combine their opposition to Tyco's cross motion for a protective order and Lead Plaintiffs' Reply Memorandum in one filing not to exceed 25 pages. and

    C.    An Order granting such other relief as is just.

Dated: May 11, 2006　　　　　　　　　　　　　　Respectfully submitted,

**GRANT & EISENHOFER P.A.**

 /s/ Sidney S. Liebesman
Jay W. Eisenhofer
Geoffrey C. Jarvis
Sidney S. Liebesman
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000

Melvyn I. Weiss
Sanford P. Dumain
Paul D. Young
MILBERG WEISS BERSHAD &
SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

Richard S. Schiffrin
Katharine M. Ryan
Michael K. Yarnoff
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

*Co-Lead Counsel for the Securities Action Plaintiffs*

William L. Chapman (N.H. Bar No. 397)
ORR & RENO, P.A.
One Eagle Square, P.O. Box 3550
Concord, NH 03302-3550
Telephone: (603) 224-2381
Fax: (603) 224-2318
*Local Counsel for the Securities Action Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**CERTIFICATE OF SERVICE (ECF)**

      The undersigned, Co-Lead Counsel for the Securities Plaintiffs, hereby certifies that on this date, a copy of the foregoing: **ASSENTED-TO MOTION OF LEAD PLAINTIFFS (1) TO EXTEND TIME AND (2) TO COMBINE IN A SINGLE MEMORANDUM OF LAW LEAD PLAINTIFFS' RESPONSE TO TYCO'S CROSS MOTION FOR A PROTECTIVE ORDER AND REPLY MEMORANDUM IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PREVENTING TYCO INTERNATIONAL, LTD. FROM CHARGING AN UNJUSTIFIED AND EXORBITANT SUM FOR ITS DOCUMENT PRODUCTION** was electronically filed with the Clerk of the Court using the USDC ECF system, and thus served on all counsel identified below and in the resulting Notice of Electronic Filing.

- **Vicki K. Andreadis**
  andreadi@hugheshubbard.com
- **Francis P. Barron**
  fbarron@cravath.com
- **Biron L. Bedard**
  blb@cooknmolan.com renee@cooknmolan.com
- **Gregory A. Blue**
  gblue@mjbllc.com rmarcoccia@mjbllc.com;efisher@mjbllc.com
- **Kenneth G. Bouchard**
  kbouchard@bestnhlaw.com pcreveling@bestnhlaw.com;info@bestnhlaw.com
- **R. Matthew Cairns**
  matt@ranspell.com nraynes@ranspell.com;kscarter@ranspell.com;;slow@ranspell.com
- **William L. Chapman**
  wlc@orr-reno.com nwhite@orr-reno.com;pyoung@milbergweiss.com
- **Sanford P. Dumain**
  sdumain@milbergweiss.com
- **Jennifer A. Eber**
  jaeber@orr-reno.com federalcourt@orr-reno.com
- **Elizabeth F. Edwards**
  eedwards@mcguirewoods.com
- **Robert C. Finkel**
  rfinkel@wolfpopper.com
- **Eric B. Fisher**
  efisher@mjbllc.com
- **Bryan A. Fratkin**
  bfratkin@mcguirewoods.com
- **Alan Friedman**
  afriedman@kramerlevin.com
- **Lawrence B. Friedman**
  lfriedman@cgsh.com

- **Ann M. Galvani**
  kmasci@bsfllp.com
  wtracy@bsfllp.com;cmelilli@bsfllp.com;amoroni@bsfllp.com;ljohnson@bsfllp.com
- **Paul J. Geller**
  pgeller@lerachlaw.com e_file_fl@lerachlaw.com
- **Max Gitter**
  mgitter@cgsh.com
- **Martin Glenn**
  mglenn@omm.com
- **Irvin D. Gordon**
  igordon@sulloway.com aconroy@sulloway.com
- **Laurence Greenwald**
  lgreenwald@stroock.com
- **Michael J. Grudberg**
  mgrudberg@stillmanfriedman.com
- **Edward A. Haffer**
  ehaffer@sheehan.com
  ecote@sheehan.com;jvankalken@sheehan.com;sbrabble@sheehan.com
- **John F. Harnes**
  jfharnes@chitwoodlaw.com
- **William T. Hassler**
  whassler@steptoe.com
- **Christian M. Hoffman**
  choffman@foleyhoag.com
- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com
- **Renee L. Karalian**
  rkaralian@wolfpopper.com
- **Mitchell Karlan**
  mkarlan@gibsondunn.com
- **Jay B. Kasner**
  jkasner@skadden.com
- **Konstantinos D. Katsiris**
  kostas.katsiris@dpw.com
  marcelo.blackburn@dpw.com;amanda.vaughn@dpw.com;michael.flynn@dpw.com;russell.lippman@dpw.com
- **Gregory E. Keller**
  gkeller@chitwoodlaw.com
- **Marshall R. King**
  mking@gibsondunn.com
- **Mary Kathryn King**
  kking@chitwoodlaw.com
- **Douglas I. Koff**
  douglas.koff@cwt.com nathan.bull@cwt.com;benjamin.kraus@cwt.com
- **Jordana E. Lambert**
  jlambert@cgsh.com

- **Jill Asch Levenson**
  jlevenson@chitwoodlaw.com
- **Sidney S. Liebesman**
  sliebesman@gelaw.com jbanko@gelaw.com
- **Mark L. Mallory**
  mark@malloryandfriedman.com
- **Rachel K. Marcoccia**
  rmarcoccia@mjbllc.com
- **Gregory A. Markel**
  greg.markel@cwt.com
- **Richard B. McNamara**
  rmcnamara@wiggin-nourie.com jtrudeau@wiggin-nourie.com
- **Peter D. Morgenstern**
  pmorgenstern@mjbllc.com
- **Michael R. Mulder**
  mmmulder@mmbmlaw.com
- **Michael S. Owen**
  m.owen@clrm.com a.rosenblatt@clrm.com;l.roy@clrm.com
- **Michele L. Pahmer**
  mpahmer@stroock.com
- **Jack Reise**
  jreise@lerachlaw.com e_file_fl@lerachlaw.com
- **Carolyn Barth Renzin**
  crenzin@stillmanfriedman.com
- **Arnold Rosenblatt**
  a.rosenblatt@clrm.com l.stoodley@clrm.com;l.roy@clrm.com
- **Miranda Schiller**
  miranda.schiller@weil.com
- **Marc Frazier Scholl**
  schollm@dany.nyc.gov
- **Michael A. Schwartz**
  mschwartz@wolfpopper.com
- **Lara Shalov**
  lshalov@stillmanfriedman.com
- **David W. Shapiro**
  dshapiro@bsfllp.com
  jgoldman@bsfllp.com;jvo@bsfllp.com;jjohnson@bsfllp.com;jmallari@bsfllp.com;skalas@bsfllp.com;mkunstler@bsfllp.com;jchavez@bsfllp.com
- **Laurie Smilan**
  laurie.smilan@lw.com
  maggy.sullivan@lw.com;christian.lidyard@lw.com;tasha.harris@lw.com;christina.perrin@lw.com;violetta.shayevich@lw.com
- **Leigh Smith**
  lsmith@milbergweiss.com
- **Steven S. Sparling**
  ssparling@kramerlevin.com

- **TYCO - Notice Only Attorneys**
  jshick@omm.com
  paul.dawes@lw.com;pwmollica@mmbmlaw.com;dgeorge@lerachlaw.com;jgoldman@bsfllp.com;smadsen@cravath.com;procco@lawssb.com;jbonner@lawssb.com
- **TYCO - Notice Only Attorneys 2**
  ashley.altschuler@weil.com
  virginia.johnson@weil.com;william.gordon@weil.com;secatty@denninlaw.com
- **James E. Townsend**
  jetnhlaw@verizon.net cave@hugheshubbard.com
- **David A. Vicinanzo**
  dvicinanzo@nixonpeabody.com man.managing.clerk@nixonpeabody.com
- **Lawrence Walner**
  walner@walnerclassaction.com mcarter@walnerclassaction.com
- **Irwin H. Warren**
  irwin.warren@weil.com
- **Andrew Weaver**
  aweaver@cgsh.com
- **Melvyn I. Weiss**
  mweiss@milbergweiss.com
- **Christopher M. Wilson**
  wilson@hugheshubbard.com


Date: May 11, 2006                                              GRANT & EISENHOFER P.A.


                                                                /s/ Sidney S. Liebesman
                                                                Sidney S. Liebesman
                                                                Chase Manhattan Centre
                                                                1201 North Market Street
                                                                Wilmington, DE 19801
                                                                Telephone: (302) 622-7000

                                                                *Co-Lead Counsel for the*
                                                                *Securities Action Plaintiffs*