UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re TYCO INTERNATIONAL, LTD. MULTIDISTRICT LITIGATION (MDL) 1335 ) | MDL Docket No. 02-1335-B **SECURITIES CATEGORY** |
| This Document Relates to: ) | Docket No. 03-CV-1352 |
| ROSEMARIE STUMPF v. NEIL R. GARVEY, et al. (In re TYCOM LTD. SECURITIES LITIGATION) ) | **ELECTRONICALLY FILED** |

### ORDER PERMITTING ISSUANCE OF LETTER ROGATORY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 28(b)(2)

The Court, having considered Plaintiffs' Motion for Issuance of Letter Rogatory Pursuant to Federal Rule of Civil Procedure 28(b)(2), the Letter Rogatory for Deposition to be Taken Pursuant to Federal Rule of Civil Procedure 28(b)(2), the supporting papers submitted herewith, and all other proceedings herein, and good cause appearing therefore, hereby finds as follows:

1. Deposition on oral testimony of James Brennan is relevant to the allegations contained in plaintiff's Consolidated Securities Class Action Complaint;

2. James Brennan is a person believed to be located in the Republic of Ireland; and

3. A Letter Rogatory is the proper method for executing a subpoena for the deposition of James Brennan.

ACCORDINGLY, IT IS HEREBY ORDERED that a Letter Rogatory, pursuant to Federal Rule of Civil Procedure 28(b)(2) may be issued to execute a subpoena for the deposition of James Brennan.

IT IS SO ORDERED.

James R. Muirhead
United States Magistrate Judge

October 26, 2006

Doc # 154432