AO 458 (Rev.10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number:  MDL Docket 02-1335-PB

ERISA Action

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mark Foley

~~I certify that I am admitted to practice in this court.~~

| October 24, 2006 | [/s/] |
|---|---|
| **Date** | **Signature** |
| | Paul J. Fishman |
| | **Print Name** — **Bar Number** |
| | Friedman Kaplan et al., 1633 Broadway |
| | **Address** |
| | New York — NY — 10019 |
| | **City** — **State** — **Zip Code** |
| | 212-833-1130 — pfishman@fklaw.com |
| | **Phone Number** — **Email Address** |

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]

Conventionally Served:
[Name and Address of Non-Filing Users]

October 24, 2006            [/s/]
**Date**                    **Signature**