AO 458 (Rev.10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number: MDL Docket 02-1335-PB

ERISA Action

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mark Foley

~~I certify that I am admitted to practice in this court.~~

October 24, 2006
**Date**

[/s/] *(signature)*
**Signature**

Anne E. Beaumont
**Print Name**                                **Bar Number**

Friedman Kaplan et al., 1633 Broadway
**Address**

New York          NY          10019
**City**          **State**   **Zip Code**

212-833-1245      abeaumont@fklaw.com
**Phone Number**  **Email Address**

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]

Conventionally Served:
[Name and Address of Non-Filing Users]

October 24, 2006
**Date**

[/s/]
**Signature**