UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE TYCO INTERNATIONAL, LTD. SECURITIES LITIGATION

MDL Docket No. 02-1335-B

This document relates to: Overby v. Tyco Intl., Ltd. (ERISA actions), No. 02-CV-1357-B.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Q. Walker of the law firm of Richards Kibbe & Orbe LLP hereby appears in this action as counsel for ERISA Defendant Patricia Prue, and requests that all papers in this action be served upon, and all communication directed to, the undersigned at the address provided below.

Dated: New York, New York
October 31, 2006

RICHARDS KIBBE & ORBE LLP

By: [signature]
James Q. Walker (JW-3444)

One World Financial Center
New York, New York 10281
Tel (212) 530-1800

Email: jwalker@rkollp.com

Attorneys for ERISA Defendant
Patricia Prue

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE TYCO INTERNATIONAL, LTD. SECURITIES LITIGATION

MDL Docket No. 02-1335-B

This document relates to: Overby v. Tyco Intl., Ltd. (ERISA actions), No. 02-CV-1357-B.

**CERTIFICATE OF SERVICE**

I, Christina Kuhn, certify that on October 31, 2006, I served the foregoing *Notice of Appearance of James Q. Walker* upon the parties identified on the attached service by having true and correct copies enclosed in an envelope with postage thereon fully prepaid and deposited in a United States postal receptacle list.

**(SEE ATTACHED SERVICE LIST)**

Christina Kuhn

**Master Service List (Version: 10/17/06)**

Robert D. Allison, Esquire
Bruce C. Howard, Esquire
Steven P. Schneck, Esquire
**Robert D. Allison & Assoc.**
122 S. Michigan Ave, Suite 1850
Chicago, IL 60603
Telephone: 312-427-7600
Facsimile: 312-427-1850
*Counsel for Brazen Plaintiffs*

EMAIL DISTRIBUTION:
rdalaw@ix.netcom.com
bchoward@ix.netcom.com
spschneckjazzlaw@yahoo.com

James V. Bashian, Esquire
**Law Offices of James V. Bashian**
500 Fifth Avenue
New York, NY 10110
Telephone: 212-921-4110
Facsimile: 212-921-4249
*Plaintiffs' Counsel in Stumpf v. Garvey*

EMAIL DISTRIBUTION:
jbashian@bashianlaw.com

Sandy Liebhard, Esquire
Keith Fleischman, Esquire
**Bernstein, Liebhard & Lifshitz, LLP**
10 East 40th Street
New York, NY 10016
Telephone: 877-779-1414
Facsimile: 212-779-3218
*Counsel for Ezra Charitable Trust & Chang*

EMAIL DISTRIBUTION:
liebhard@bernlieb.com
fleischman@bernlieb.com

Ann M. Galvani, Esquire
**Boies Schiller & Flexner LLP**
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300
*Counsel for Defendant Tyco*

EMAIL DISTRIBUTION:
agalvani@bsfllp.com
dshapiro@bsfllp.com
mkunstler@bsfllp.com
jdavenport@bsfllp.com

Kenneth G. Bouchard, Esquire
**Bouchard Kleinman & Wright, P.A.**
1 Merrill Drive, Suite 6
Hampton, NH 03842
Telephone: 603-926-9333
Facsimile: 603-929-1221
*Counsel for ERISA Plaintiffs*

EMAIL DISTRIBUTION:
kbouchard@bestnhlaw.com

Gregory A. Markel, Esquire
Douglas I. Koff, Esquire
**Cadwalader, Wickersham & Taft LLP**
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6112
Facsimile: 212-504-6666
*Counsel for Defendants Ashcroft, Fort, Pasman & Welch*

EMAIL DISTRIBUTION:
greg.markel@cwt.com
douglas.koff@cwt.com
benjamin.kraus@cwt.com
jonathan.hoff@cwt.com
nathan.bull@cwt.com
amanda.kosowsky@cwt.com
kate.shreeves@cwt.com

Curtis L. Bowman, Esquire
J. Allen Carney, Esquire
**Cauley Bowman Carney & Williams PLLC**
11311 Arcade Drive, Ste. 200
Little Rock, AR 72212
Telephone: 888-551-9944
Facsimile: 501-312-8505

EMAIL DISTRIBUTION:
cbowman@cauleybowman.com
acarney@cauleybowman.com

Daniel J. Cheely, Esquire
**Cheely, O'Flaherty & Ayres**
19 S. La Salle Street, Suite 1203
Chicago, IL 60603
Telephone: 312-853-8700
Facsimile: 312-782-0040

EMAIL DISTRIBUTION:
dcheely@lawchicago.net

John F. Harnes, Esquire
Gregory E. Keller, Esquire
**Chitwood Harley & Harnes LLP**
2300 Promenade II
1230 Peachtree St., Ste 2300
Atlanta, GA 30309
Telephone: 404-873-3900
Facsimile: 404-876-4476
*Counsel for TyCom Plaintiffs*

EMAIL DISTRIBUTION:
jfharnes@chitwoodlaw.com
gkeller@chitwoodlaw.com

Amy E. Millard, Esquire
**Clayman & Rosenberg**
305 Madison Ave., Ste. 1301
New York NY 10165-0110
Telephone: 212-922-1080
Facsimile: 212-949-8255
*Counsel for John Fort*

EMAIL DISTRIBUTION:
amillard@clayro.com

Lawrence B. Friedman, Esquire
Andrew Weaver, Esquire
**Cleary, Gottlieb, Stein & Hamilton, LLP**
One Liberty Plaza
New York, NY 10005
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Counsel for Underwriters*

EMAIL DISTRIBUTION:
lfriedman@cgsh.com
aweaver@cgsh.com

Brian J. Gallagher, Esquire
Emma Terrell, Esquire
**Cooley Godward Kronish LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: 212-479-6000
Facsimile: 212-479-6275
*Counsel for Mike Robinson*

EMAIL DISTRIBUTION:
bgallagher@cooley.com
eterrell@cooley.com

Francis B. Barron, Esquire
Stephen Madsen, Esquire
**Cravath, Swaine & Moore**
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
*Counsel for Defendant Tyco*

EMAIL DISTRIBUTION:
fbarron@cravath.com
SMadsen@cravath.com
lthompson@cravath.com

Arnold Rosenblatt, Esquire
**Cook Little Rosenblatt & Manson**
The Center of New Hampshire
650 Elm Street
Manchester, NH 03101
Telephone: 603-621-7100
Facsimile: 603-621-7111
*Counsel for PricewaterhouseCoopers LLP*

EMAIL DISTRIBUTION:
a.rosenblatt@clrm.com
m.owen@clrm.com

Amanda Vaughn, Esquire
Konstantinos D. Katsiris, Esquire
Michael S. Flynn, Esquire
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
Facsimile: 212-450-3744
*Counsel for PricewaterhouseCoopers LLP*

EMAIL DISTRIBUTION:
amanda.vaughn@dpw.com
kostas.katsiris@dpw.com
michael.flynn@dpw.com

Robert N. Shwartz, Esquire
Jyotin R. Hamid, Esquire
**Debevoise & Plimpton**
919 Third Avenue
New York, NY 10022-3904
Telephone: 212-909-6850
Facsimile: 212-909-6836
*Counsel for Defendant L. Dennis Kozlowski*

EMAIL DISTRIBUTION:
rnshwartz@debevoise.com
jhamid@debevoise.com
lhowley@debevoise.com

Timothy J. Dennin, Esquire
**Timothy J. Dennin, PC**
316 Main Street
Northport, NY 11768
Telephone: 212-826-1500
Facsimile: 631-261-0395
*Counsel for Sciallo*

EMAIL DISTRIBUTION:
secatty@denninlaw.com
tsalzan@denninlaw.com

Deborah Goldstock Ringel, Esquire
Barry William Levine, Esquire
**Dickstein Shapiro LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2237
Facsimile: 202-420-2201
*Counsel for Irving Gutin*

EMAIL DISTRIBUTION:
ringeld@dicksteinshapiro.com
levineb@dicksteinshapiro.com

Michael T. Gass, Esquire
Stanley Keller, Esquire
**Edwards Angell Palmer & Dodge LLP**
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
Telephone: 617-439-4444
Facsimile: 617-227-4420
*Counsel for Richard Meelia*

EMAIL DISTRIBUTION:
mgass@eapdlaw.com
stanley.keller@eapdlaw.com

Christian M. Hoffman, Esquire
Matthew E. Miller, Esquire
Carter Morse, Esquire
**Foley Hoag LLP**
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-832-1000
Facsimile: 617-832-7000
*Counsel for PricewaterhouseCoopers LLP*

EMAIL DISTRIBUTION:
choffman@foleyhoag.com
mmiller@foleyhoag.com
cmorse@foleyhoag.com

Paul J. Fishman, Esquire
Lisa Swedenborg Getson, Esquire
**Friedman Kaplan Seiler & Adelman LLP**
1633 Broadway
New York, NY 10019-6708
Telephone: 212-833-1187
Facsimile: 212-373-7987
*Counsel for Mark Foley*

EMAIL DISTRIBUTION:
pfishman@fklaw.com
lgetson@fklaw.com

Sidney S. Liebesman, Esquire
**Grant & Eisenhofer P.A.**
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: 302-622-7000
Facsimile: 302-622-7100
*Co-Lead Counsel for Securities Plaintiffs*

EMAIL DISTRIBUTION:
sliebesman@gelaw.com
jbanko@gelaw.com
jmcevilly@gelaw.com
bdeleeuw@gelaw.com
mhartman@gelaw.com

John F. Mariani, Esquire
Christopher W. Kammerer, Esquire
**Gunster, Yoakley & Stewart, PA**
777 South Flagler Drive, Suite 500E
West Palm Beach, FL 33401
Telephone: 800-749-1980
Facsimile: 561-655-5677

EMAIL DISTRIBUTION:
jmariani@gunster.com
ckammerer@gunster.com

William J. Harte, Esquire
**William J. Harte, Ltd.**
111 West Washington Street
Suite 1100
Chicago, IL 60602-2705
Telephone: 312-726-5015
Facsimile: 312-641-2455
*Counsel for Brazen Plaintiffs*

EMAIL DISTRIBUTION:
wharte@williamharteltd.com

William R. Maguire, Esquire
Sarah Loomis Cave, Esquire
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726
*Counsel for PriceWaterhouseCoopers-Bermuda*

EMAIL DISTRIBUTION:
maguire@hugheshubbard.com
cave@hugheshubbard.com

Carroll H. Ingram, Esquire
**Ingram & Associates, PLLC**
211 South 29th Avenue
PO Box 15039
Hattiesburg, MS 39404
Telephone: 601-261-1385
Facsimile: 601-261-1393
*Plaintiffs' Counsel in Durham v. Tyco*

EMAIL DISTRIBUTION:
carroll@ingramlawyers.com

Thomas P. Jasin
2473 Butter Rd.
Lancaster, PA 17601
*Plaintiff in Jasin v. Tyco*

EMAIL DISTRIBUTION:
tycosuit@aol.com

Richard H. Critchlow, Esquire
Christina M. Ceballos-Levy, Esquire
**Kenny Nachwalter, PA**
201 South Biscayne Blvd.
1100 Miami Center
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861

EMAIL DISTRIBUTION:
rhc@kennynachwalter.com
ccl@kennynachwalter.com

Steven S. Sparling, Esquire
Alan Friedman, Esquire
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
*Counsel for Defendant Berman*

EMAIL DISTRIBUTION:
ssparling@kramerlevin.com
afriedman@kramerlevin.com

Jonathan Plasse, Esquire
**Labaton Sucharow & Rudoff LLP**
100 Park Avenue
New York, NY 10110
Telephone: 212-907-0700
Facsimile: 212-818-0477

EMAIL DISTRIBUTION:
jplasse@labaton.com

Laurie Smilan, Esquire
**Latham & Watkins**
Two Freedom Square
11955 Freedom Drive, Suite 500
Reston, VA 20190-5651
Telephone: 703-456-5220
Facsimile: 703-456-1001
*Counsel for Defendant Foss*

EMAIL DISTRIBUTION:
laurie.smilan@lw.com
marguerite.sullivan@lw.com
greg.harris@lw.com
ronald.lee@lw.com
derrick.farrell@lw.com

Paul H. Dawes, Esquire
**Latham & Watkins LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650-328-4600
Facsimile: 650-463-2600
*Counsel for Defendant Foss*

EMAIL DISTRIBUTION:
paul.dawes@lw.com

Paul Gellar, Esquire
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364
*Counsel for Florida '33 Act*

EMAIL DISTRIBUTION:
pgeller@lerachlaw.com
dgeorge@lerachlaw.com
jreise@lerachlaw.com

Mark L. Mallory, Esquire
**Mallory & Friedman PLLC**
8 Green St
Concord, NH 03301
Telephone: 603-228-2277
*Counsel for Newby*

EMAIL DISTRIBUTION:
mark@malloryandfriedman.com

Elizabeth F. Edwards, Esquire
Bryan A. Fratkin, Esquire
**McGuire Woods LLP**
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: 804-775-1000
Facsimile: 804-698-2045
*Counsel for Defendant Tyco*

EMAIL DISTRIBUTION:
eedwards@mcguirewoods.com
bfratkin@mcguirewoods.com

Thomas R. Meites, Esquire
Michael M. Mulder, Esquire
Paul W. Mollica, Esquire
Shona B. Glink, Esquire
**Meites, Mulder, Mollica & Glink**
20 South Clark St., Suite 1500
Chicago, IL 60604
Telephone: 312-263-0272
Facsimile: 312-263-2942
*Counsel for Brazen Plaintiffs*

EMAIL DISTRIBUTION:
tmeites@mmmglaw.com
mmmulder@mmmglaw.com
pwmollica@mmmglaw.com
SBGlink@mmmglaw.com

Paul D. Young, Esquire
Leigh Smith, Esquire
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
*Co-Lead Counsel for Securities Plaintiffs*

EMAIL DISTRIBUTION:
pyoung@milbergweiss.com
lsmith@milbergweiss.com
kchapman@milbergweiss.com
jprice@milbergweiss.com

René M. Johnson, Esquire
**Morgan Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: 609-919-6600
Facsimile: 609-919-6701
*Counsel for Tyco*

EMAIL DISTRIBUTION:
rjohnson@morganlewis.com

Gregory A. Blue, Esquire
Rachel K. Marcoccia, Esquire
**Morgenstern Jacobs & Blue, LLC**
885 Third Avenue
New York, New York 10022
Telephone: 212-750-6776
Fax (Blue): 212-208-6874
Fax (Marcoccia): 646-514-3214
*Counsel for the Ballard Plaintiffs*

EMAIL DISTRIBUTION:
gblue@mjbllc.com
rmarcoccia@mjbllc.com
kdruhm@mjbllc.com

Carl H. Loewenson, Jr., Esquire
Matthew M. D'Amore, Esquire
**Morrison & Foerster**
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: 212-468-8000
Facsimile: 212-468-7900
*Counsel for Jerry Boggess*

EMAIL DISTRIBUTION:
cloewenson@mofo.com
mdamore@mofo.com

David A. Vicinanzo
**Nixon Peabody LLP**
900 Elm St, 14th Flr
Manchester, NH 03101-2031
Telephone: 603-628-4083
Facsimile: 603-628-4040
*Counsel for Mark A. Belnick*

EMAIL DISTRIBUTION:
dvicinanzo@nixonpeabody.com

Jerri E. Schick, Esquire
Michael Keats, Esquire
**O'Melveny & Meyers, LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061
*Counsel for Defendant Peter W. Slusser*

EMAIL DISTRIBUTION:
jshick@omm.com
mkeats@omm.com

Harlan J. Protass, Esquire
**O'Shea Partners LLP**
90 Park Avenue, 20th Floor
New York, NY 10016
Telephone: 212-682-4426
Facsimile: 212-682-4437
*Counsel for Michael Ashcroft*

EMAIL DISTRIBUTION:
hprotass@osheapartners.com

William L. Chapman, Esquire
**Orr & Reno PA**
One Eagle Sq
PO Box 3550
Concord, NH 03302-3550
Telephone: 603-224-2381
Facsimile: 603-224-2318
*Local Counsel for Securities Plaintiffs*

EMAIL DISTRIBUTION:
wlc@orr-reno.com

Michael O'Mullan, Esquire
Derrick Freijomil, Esquire
Gerald A. Liloia, Esquire
**Riker Danzig Scherer Hyland & Perretti LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: 973-538-0800
Facsimile: 973-538-1984
*Plaintiff's Counsel in Treasury Dept NJ v. Tyco International*

EMAIL DISTRIBUTION:
momullan@riker.com
dfreijomil@riker.com
gliloia@riker.com

Robert A. Izard, Jr., Esquire
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860-493-6292
Facsimile: 860-493-6290
*Counsel for ERISA Plaintiffs*

EMAIL DISTRIBUTION:
rizard@snlaw.net
wboulton@snlaw.net
wbernarduci@snlaw.net

Katharine M. Ryan, Esquire
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
*Co-Lead Counsel for Securities Plaintiffs*

EMAIL DISTRIBUTION:
kryan@sbclasslaw.com
kreilly@sbclasslaw.com
jcagan@sbclasslaw.com
myarnoff@sbclasslaw.com
iberg@sbclasslaw.com
bsweet@sbclasslaw.com
bhinerfeld@sbclasslaw.com

Patrick L. Rocco, Esquire
James P. Bonner, Esquire
**Shalov Stone & Bonner LLP**
485 Seventh Avenue, Suite 1000
New York, New York 10018
Telephone: 212-239-4340
Facsimile: 212-239-4310
*Plaintiff's Counsel in Treasury Dept NJ v. Tyco International*

EMAIL DISTRIBUTION:
procco@lawssb.com
jbonner@lawssb.com

Paul E. Wagner, Esquire
**Shea Stokes & Carter ALC**
1405 Hanshaw Road
Ithaca, NY 14850
Telephone: 607-257-5165
Facsimile: 607-257-6293
*Counsel for Jeffrey Mattfolk*

EMAIL DISTRIBUTION:
pwagner@sheastokes.com

Edward Haffer, Esquire
**Sheehan, Phinney, Bass & Green**
1000 Elm Street, 17th Floor
P.O. Box 3701
Manchester, NH 03101
Telephone: 603-668-0300
Facsimile: 603-627-8121
*Counsel for Tyco*

EMAIL DISTRIBUTION:
ehaffer@sheehan.com

Adam H. Smith, Esquire
**Adam H. Smith, P.A.**
2650 North Military Trail, Suite 125
Boca Raton, FL 33431
Telephone: 561-995-7788
Facsimile: 561-995-7733
*Counsel for Plaintiff in Stevenson v. Tyco*

EMAIL DISTRIBUTION:
seclawyer@bellsouth.net

Alvin B. Davis, Esquire
Richard E. Brodsky, Esquire
**Squire, Sanders & Dempsey LLP**
200 South Biscayne Blvd.
Suite 400
Miami, FL 33131-2835
Telephone: 305-577-7000
Facsimile: 305-577-7001
*Counsel for James F. Fort, III*
*Counsel for James S. Pasman, Jr.*
*Counsel for Peter Slusser*

EMAIL DISTRIBUTION:
adavis@ssd.com
rbrodsky@ssd.com

William T. Hassler, Esquire
Elizabeth M. Johnson, Esquire
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-429-6469
Facsimile: 202-261-7558
*Counsel for Defendant Mark A. Belnick*

EMAIL DISTRIBUTION:
Whassler@Steptoe.com
emjohnson@steptoe.com
smirelson@steptoe.com
cspurgeon@steptoe.com

James A. Mitchell, Esquire
Michael J. Grudberg, Esquire
**Stillman & Friedman & Shechtman**
425 Park Avenue
New York, NY 10022
Telephone: 212-223-0200
Facsimile: 212-223-1942
*Counsel for Defendant Mark Swartz*

EMAIL DISTRIBUTION:
jmitchell@stillmanfriedman.com
mgrudberg@stillmanfriedman.com
lshalov@stillmanfriedman.com

Michele Pahmer, Esquire
Laurence Greenwald, Esquire
**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5652
Facsimile: 212-806-6006
*Counsel for Defendant Frank E. Walsh, Jr.*

EMAIL DISTRIBUTION:
mpahmer@stroock.com
lgreenwald@stroock.com
jrosof@stroock.com
kchaudhery@stroock.com
ldepinto@stroock.com

Edwin J. Mills, Esquire
Michael J. Klein, Esquire
**Stull, Stull & Brody**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Facsimile: 212-490-2022
*Counsel for ERISA Plaintiffs*

EMAIL DISTRIBUTION:
ssbny@aol.com
mklein@ssbny.com

James E. Townsend, Esquire
**Townsend Law Office**
Londonderry Professional Park
PO Box 1067
Londonderry, NH 03053
Telephone: 603-434-5059
Facsimile: 603-432-6473
*Counsel for PwC Bermuda*

EMAIL DISTRIBUTION:
jetnhlaw@verizon.net

Kenneth J. Vianale, Esquire
**Vianale & Vianale LLP**
2499 Glades Road – Suite 112
Boca Raton, FL 33431
Telephone: 561-392-47500
Facsimile: 561-392-4775
*Counsel for Ezra Charitable Trust & Chang*

EMAIL DISTRIBUTION:
kvianale@vianalelaw.com

Anne C. Vladeck, Esquire
**Vladeck, Waldman, Elias & Engelhard, P.C.**
1501 Broadway, Suite 800
New York, New York 10036-5560
Telephone: 212-403-7300
Facsimile: 212-221-3172
*Counsel for Judith Czelusniak*

EMAIL DISTRIBUTION:
avladeck@vladeck.com

Lawrence E. Walner, Esquire
**Lawrence E. Walner & Assocs., Ltd.**
150 N. Wacker Drive, Suite 2150
Chicago, IL 60606
Telephone: 312-201-1616
Facsimile: 312-201-1538
*Counsel for Davis*

EMAIL DISTRIBUTION:
walner@walnerclassaction.com

Ashley R. Altschuler, Esquire
**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
*Counsel for Defendants Richard Bodman and Wendy Lane*

EMAIL DISTRIBUTION:
ashley.altschuler@weil.com
irwin.warren@weil.com
lavell.malloy@weil.com

Edward Soto, Esquire
Christopher R. Pace, Esquire
**Weil, Gotshal & Manges LLP**
1395 Brickell Avenue, Ste. 1200
Miami, FL 33131
Telephone: 305-577-3100
Facsimile: 305-374-7159
*Counsel for Defendants Richard Bodman and Wendy Lane*

EMAIL DISTRIBUTION:
edward.soto@weil.com
christopher.pace@weil.com

Richard B. McNamara, Esquire
**Wiggin & Nourie, P.A.**
670 North Commercial Street; Suite 305
P.O. Box 808
Manchester, NH 03105-0808
Telephone: 603-669-2211
Facsimile: 603-623-8442
*Counsel for Defendant L. Dennis Kozlowski*

EMAIL DISTRIBUTION:
rmcnamara@wiggin-nourie.com

Jeffrey G. Smith, Esquire
Greg Nespole, Esquire
**Wolf Haldenstein Adler Freeman & Herz LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600
Facsimile: 212-545-4653
*Counsel for Levin*

EMAIL DISTRIBUTION:
smith@whafh.com
nespole@whafh.com

Michael A. Schwartz, Esquire
Robert C. Finkel, Esquire
**Wolf Popper LLP**
845 Third Avenue
New York, NY  10022
Telephone:  212-759-4600
Facsimile: 212-486-2093
*Counsel for TyCom Plaintiffs*

EMAIL DISTRIBUTION:
mschwartz@wolfpopper.com
rfinkel@wolfpopper.com

**Paper Mailings Only**

| |
|---|
| Philip M. Cirella, Esquire,<br>1425 Pompton Avenue, Suite 2-2<br>Cedar Grove, NJ 07009-1043<br>*Plaintiff in Cirella v. Tyco*<br><br>EMAIL DISTRIBUTION:<br>EMAIL ADDRESS NOT PROVIDED |
| Robert N. Hall<br>5005 Roxbury Lane<br>Kernersville, NC 27284-8636<br>*Plaintiff in Hall v. Tyco*<br><br>EMAIL DISTRIBUTION:<br>EMAIL ADDRESS NOT PROVIDED |

**End**