AO 458 (Rev. 10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number: 02-MD-01335-PB
02-CV-01357-PB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mindy Ebert

~~I certify that I am admitted to practice in this court.~~

Date: 11/9/06

[/s/] Signature

Charles C. Jackson
Print Name / Bar Number

Morgan Lewis & Bockius
77 West Wacker Drive, 5th Floor
Address

Chicago    IL    60601
City    State    Zip Code

(312) 324-1156    charles.jackson@morganlewis.com
Phone Number    Email Address

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]

Conventionally Served:
[Name and Address of Non-Filing Users]

Date

[/s/] Signature