AO 458 (Rev.10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

APPEARANCE

Case Number: 02-MD-01335-PB
02-CV-01357-PB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mindy Ebert

~~I certify that I am admitted to practice in this court.~~

11/9/06
**Date**

[/s/] *(signature)*
**Signature**

Heather L. McDermott
**Print Name**                                **Bar Number**

Morgan Lewis & Bockius
77 West Wacker Drive, 5th Floor
**Address**

Chicago                IL            60601
**City**                **State**        **Zip Code**

(312) 324-1139  hmcdermott@morganlewis.com
**Phone Number**         **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]

Conventionally Served:
[Name and Address of Non-Filing Users]

_____          [/s/] _____
**Date**                         **Signature**