U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

2007 JAN 18 A 10: 00

-------------------------------------------------------------X

In re Tyco International, Ltd.
Multidistrict Litigation (MDL) 1135      MDL Docket No. 02-1335-B

-------------------------------------------------------------X

This Document Relates to:
                                         Docket No. 03-CV-1352

Rosemarie Stumpf v. Neil R. Garvey, et al.

[In re TyCom Ltd. Securities Litigation]   **APPEARANCE**

-------------------------------------------------------------X

TO THE CLERK of this COURT and all parties of record:

    Please enter my appearance as additional counsel in this case for Neil R. Garvey.

Dated: New York, New York
       January 17, 2007

                                              _/s/ Ian R. Steves_
                                              Ian R. Steves (IS 1092)
                                              SCHOEMAN, UPDIKE & KAUFMAN, LLP
                                              60 East 42nd Street
                                              New York, New York 10165
                                              Telephone: (212) 661-5030
                                              Facsimile: (212) 687-2123
                                              isteves@schoeman.com

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Served by overnight mail:

Michael A. Schwartz, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

John F. Harnes, Esq.
Chitwood & Harley
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

James V. Bashian, Esq.
Law Offices of James V. Bashian
500 Fifth Avenue
New York, NY 10110

Jonathan Plasse, Esq.
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017

Jyotin Hamid, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022-3904

Michael J. Grudberg, Esq.
Stillman & Friedman, PC
425 Park Avenue
New York, NY 10022

Mark Mallory, Esq.
Mallory & Friedman, PLLC
8 Green Street
Concord, NH 03301

Andrew Weaver, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dated: New York, New York
      January 17, 2007

                                        Ian R. Steves (IS 1092)