AO 458 (Rev.10/95) (NH 6/05) Appearance

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

2007 JAN 19 A 10: 20

### APPEARANCE

Case Number: 02-MD-1335-B

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tyco International Ltd.

I certify that I am admitted to practice in New York.

January 18, 2007
**Date**

[/s/] *signature*
**Signature**
Karin A. DeMasi
**Print Name**      **Bar Number**
825 Eighth Avenue
**Address**
New York    NY    10019
**City**    **State**    **Zip Code**
(212) 474-1000    kdemasi@cravath.com
**Phone Number**    **Email Address**

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:
Clerk
All Counsel on Attached Service List

1/18/07
**Date**

[/s/]Karin A. DeMasi
**Signature**

# CERTIFICATE OF SERVICE

KEITH S. KAPLAN hereby certifies under the penalty of perjury that true copies of the attached **NOTICE OF APPEARANCE OF KARIN A. DeMASI on behalf of Tyco International Ltd.** were served this 18th day of January, 2007, upon

| |
|---|
| Robert D. Allison, Esq.<br>Bruce C. Howard, Esq.<br>Robert D. Allison & Assoc.<br>122 S. Michigan Ave., Suite 1850<br>Chicago, IL 60603 |
| James V. Bashian, Esq.<br>Law Offices of James V. Bashian<br>500 Fifth Avenue<br>New York, NY 10110 |
| Sandy Liebhard, Esq.<br>Keith Fleischman, Esq.<br>Bernstein, Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY 10016 |
| Ann M. Galvani, Esq.<br>Boies Schiller & Flexner LLP<br>570 Lexington Avenue, 16th Floor<br>New York, NY 10022 |
| Stuart H. Singer, Esq.<br>Sigrid S. McCawley, Esq.<br>Boies Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301 |
| Kenneth G. Bouchard, Esq.<br>Bouchard Kleinman & Wright, P.A.<br>1 Merrill Drive, Suite 6<br>Hampton, NH 03842 |
| Gregory A. Markel, Esq.<br>Douglas I. Koff, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>100 Maiden Lane<br>New York, NY 10038 |

| |
|---|
| Curtis L. Bowman, Esq.<br>J. Allen Carney, Esq.<br>Cauley Bowman Carney & Williams PLLC<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR 72212 |
| Daniel J. Cheely, Esq.<br>Cheely, O'Flaherty & Ayres<br>19 S. La Salle Street, Suite 1203<br>Chicago, IL 60603 |
| John F. Harnes, Esq.<br>Gregory E. Keller, Esq.<br>Chitwood Harley & Harnes LLP<br>2300 Promenade II<br>1230 Peachtree St., Ste 2300<br>Atlanta, GA 30309 |
| Lawrence B. Friedman, Esq.<br>Cleary, Gottlieb, Stein & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10005 |
| Arnold Rosenblatt, Esq.<br>Cook Little Rosenblatt & Manson, p.l.l.c.<br>650 Elm Street<br>Manchester, NH 03101 |
| Biron L. Bedard, Esq.<br>Cook & Molan, PA<br>100 Hall Street<br>PO Box 1465<br>Concord, NH 03302-1465 |
| Amanda Vaughn, Esq.<br>Konstantinos D. Katsiris, Esq.<br>Michael S. Flynn, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Robert N. Shwartz, Esq.<br>Jyotin R. Hamid, Esq.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, NY 10022-3904 |
| Timothy Dennin, Esq.<br>Timothy J. Dennin, PC<br>270 Madison Avenue, 13th Floor<br>New York, NY 10016 |

| |
|---|
| Deborah Goldstock Ringel, Esq.<br>Barry William Levine, Esq.<br>Dickstein Shapiro LLP<br>1825 Eye Street, NW<br>Washington, DC 20006 |
| Michael T. Gass, Esq.<br>Stanley Keller, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>Prudential Center<br>111 Huntington Avenue<br>Boston, MA 02199-7613 |
| Christian M. Hoffman, Esq.<br>Matthew E. Miller, Esq.<br>Carter Morse, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 |
| Paul J. Fishman, Esq.<br>Lisa Swedenborg Getson, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>1633 Broadway<br>New York, NY 10019-6708 |
| Marshall R. King, Esq.<br>Mitchell Karlan, Esq.<br>Gibson Dunn & Crutcher<br>200 Park Ave<br>New York, NY 10166-0193 |
| Sidney S. Liebesman, Esq.<br>Grant & Eisenhofer P.A.<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801 |
| John F. Mariani, Esq.<br>Christopher W. Kammerer, Esq.<br>Gunster, Yoakley & Stewart, PA<br>777 South Flagler Drive, Suite 500E<br>West Palm Beach, FL 33401 |
| William J. Harte, Esq.<br>William J. Harte, Ltd.<br>111 West Washington Street, Suite 1100<br>Chicago, IL 60602-2705 |

| |
|---|
| William R. Maguire, Esq.<br>Christopher M. Wilson, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| Carroll H. Ingram, Esq.<br>Ingram & Associates, PLLC<br>211 South 29th Avenue<br>P.O. Box 15039<br>Hattiesburg, MS 39404 |
| Steven B. Kantrowitz, Esq.<br>Kantrowitz & Phillippi LLC<br>1880 John F. Kennedy Blvd., Suite 1101<br>Philadelphia, PA 19103 |
| Richard H. Critchlow, Esq.<br>Christina M. Ceballos-Levy, Esq.<br>Kenny Nachwalter, PA<br>201 South Biscayne Blvd.<br>1100 Miami Center<br>Miami, FL 33131 |
| Steven S. Sparling, Esq.<br>Alan Friedman, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Brian J. Gallagher, Esq.<br>Emma Terrell, Esq.<br>Kronish, Lieb, Weiner & Hellman, LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798 |
| Jonathan Plasse, Esq.<br>Labaton Sucharow & Rudoff LLP<br>100 Park Avenue<br>New York, NY 10110 |
| Laurie Smilan, Esq.<br>Latham & Watkins<br>Two Freedom Square<br>11955 Freedom Drive, Suite 500<br>Reston, VA 20190-5651 |
| Paul H. Dawes, Esq.<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025 |

| |
|---|
| Paul Gellar, Esq.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>197 South Federal Highway, Suite 200<br>Boca Raton, FL 33432 |
| Mark L. Mallory, Esq.<br>Mallory and Friedman, PLLC<br>8 Green Street<br>Concord, NH 03301 |
| Elizabeth F. Edwards, Esq.<br>Bryan A. Fratkin, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 |
| Thomas R. Meites, Esq.<br>Michael Mulder, Esq.<br>Meites, Mulder, Burger & Mollica<br>208 S. LaSalle Street, Suite 1410<br>Chicago, IL 60604-1102 |
| Paul D. Young, Esq.<br>Leigh Smith, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| René M. Johnson, Esq.<br>Morgan Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6241 |
| Eric B. Fisher, Esq.<br>Rachel K. Marcoccia, Esq.<br>Morgenstern Jacobs & Blue, LLC<br>885 Third Avenue<br>New York, NY 10022 |
| Carl H. Loewenson, Jr., Esq.<br>Morrison & Foerster<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| David A. Vicinanzo, Esq.<br>Nixon Peabody LLP<br>900 Elm Street, 14th Flr<br>Manchester, NH 03101-2031 |

| |
|---|
| Martin Glenn, Esq.<br>Jerri E. Schick, Esq.<br>O'Melveny & Meyers, LLP<br>7 Times Square<br>New York, NY 10036 |
| Sean F. O'Shea, Esq.<br>O'Shea Partners LLP<br>90 Park Avenue, 20th Floor<br>New York, NY 10016 |
| Kenneth J. Rubinstein, Esq.<br>Olshan, Grundman, Frome,<br>Rosenzweig<br>& Wolosky, LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022 |
| William L. Chapman, Esq.<br>Orr & Reno PA<br>One Eagle Square<br>P.O. Box 3550<br>Concord, NH 03302-3550 |
| R. Matthew Cairns, Esq.<br>Ransmeier & Spellman<br>One Capitol Street<br>P.O. Box 600<br>Concord, NH 03302-0600 |
| David Spears, Esq.<br>Richards Spears Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281-1003 |
| Michael O'Mullan, Esq.<br>Riker Danzig Scherer Hyland &<br>Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 |
| Robert A. Izard, Jr., Esq.<br>Schatz & Nobel, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 |
| Katharine M. Ryan, Esq.<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |

| |
|---|
| Patrick L. Rocco, Esq.<br>James P. Bonner, Esq.<br>Shalov Stone & Bonner LLP<br>163 Madison Avenue<br>P.O. Box 1277<br>Morristown, NJ 07962-1277 |
| Paul E. Wagner, Esq.<br>Shea Stokes & Carter ALC<br>1405 Hanshaw Road<br>Ithaca, NY 14850 |
| Edward Haffer, Esq.<br>Sheehan, Phinney, Bass & Green<br>1000 Elm Street, 17th Floor<br>P.O. Box 3701<br>Manchester, NH 03101 |
| Adam H. Smith, Esq.<br>Adam H. Smith, P.A.<br>2650 North Military Trail, Suite 125<br>Boca Raton, FL 33431 |
| Alvin B. Davis, Esq.<br>Richard E. Brodsky, Esq.<br>Squire, Sanders & Dempsey LLP<br>200 South Biscayne Blvd., Suite 400<br>Miami, FL 33131-2835 |
| William T. Hassler, Esq.<br>Elizabeth M. Johnson, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| James A. Mitchell, Esq.<br>Michael J. Grudberg, Esq.<br>Stillman & Friedman & Shechtman<br>425 Park Avenue<br>New York, NY 10022 |
| Michele Pahmer, Esq.<br>Laurence Greenwald, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| Edwin J. Mills, Esq.<br>Michael J. Klein, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 |

| |
|---|
| James E. Townsend, Esq.<br>Townsend Law Office<br>Londonderry Professional Park<br>P.O. Box 1067<br>Londonderry, NH 03053 |
| Kenneth J. Vianale, Esq.<br>Vianale & Vianale LLP<br>2499 Glades Road, Suite 112<br>Boca Raton, FL 33431 |
| Anne C. Vladeck, Esq.<br>Vladeck, Waldman, Elias & Engelhard, P.C.<br>1501 Broadway, Suite 800<br>New York, NY 10036-5560 |
| Lawrence E. Walner, Esq.<br>Lawrence E. Walner & Assocs., Ltd.<br>150 N. Wacker Drive, Suite 2150<br>Chicago, IL 60606 |
| Miranda Schiller, Esq.<br>Ashley R. Altschuler, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Edward Soto, Esq.<br>Christopher R. Pace, Esq.<br>Weil, Gotshal & Manges LLP<br>1395 Brickell Avenue, Ste. 1200<br>Miami, FL 33131 |
| Richard B. McNamara, Esq.<br>Wiggin & Nourie, P.A.<br>670 North Commercial Street, Suite 305<br>P.O. Box 808<br>Manchester, NH 03105-0808 |
| Jeffrey G. Smith, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| Michael A. Schwartz, Esq.<br>Robert C. Finkel, Esq.<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022 |

| |
|---|
| Philip M. Cirella, Esq.<br>1425 Pompton Avenue, Suite 2-2<br>Cedar Grove, NJ 07009-1043 |
| Robert N. Hall<br>5005 Roxbury Lane<br>Kernersville, NC 27284-8636 |
| Thomas P. Jasin<br>2473 Butter Road<br>Lancaster, PA 17601 |

by depositing true copies of the same in properly addressed, postage prepaid, FIRST CLASS MAIL wrappers in a depository under the exclusive care and custody of the United States Postal Service located withinthe State, City and County of New York.

Dated, this 18th day of January, 2007, at New York, New York.

_____
Keith S. Kaplan