UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**In Re Tyco International Ltd.
Multidistrict Litigation**          Case No. 02-md-1335-PB
                                    ALL CASES

### O R D E R

Tyco has filed a Motion for Protective Order (Doc. No. 857) seeking to prevent the plaintiffs, the individual defendants, and PWC from deposing certain of its outside counsel and their forensic accountants. The Securities plaintiffs have responded with a cross-motion to compel addressing the same issues (Doc. No. 888). In a related filing, defendant Frank Walsh seeks a protective order preventing Tyco from deposing his attorneys (Doc. No. 860). The motions raise several difficult issues concerning, among other things, whether the information sought from the deponents is protected by the attorney-client and/or work product privileges and whether any privilege claims have been waived by partial disclosure.

I refer these motions to the Magistrate Judge for resolution.

```
     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

March 9, 2007

cc:  Counsel of Record
```