UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE

In Re Tyco International, Ltd.
Multidistrict Litigation        MDL No.  02-MDL-1335-PB
                                       SECURITIES CATEGORY
    Rosemarie Stumpf

        v.                        Case No.  03-CV-1352-PB

    Neil R. Garvey, et al.


### O R D E R

The Consolidated Securities Class Action Complaint in the above-captioned case includes information that allegedly was provided by eleven unidentified former employees of defendant TyCom.  Plaintiff has refused to respond to interrogatories calling on plaintiff to disclose the identities of the former employees because she contends that the requested information is protected by the work product privilege.  Defendants have filed a cross motion to compel plaintiff to identify the former employees.

Most courts that have addressed the issue have held that a plaintiff ordinarily must disclose the identities of informants

who have knowledge of a complaint's factual allegations.  See e.g., In re Theragenics Corp. Secs. Litig., 205 F.R.D. 631, 636 (N.D.Ga. 2002); In re Aetna Sec. Litig., 1999 WL 354527, at *3 (E.D. Pa., May 26, 1999).  Plaintiff has failed to demonstrate that a different result is warranted here.

Defendants' motion to compel (Doc. No. 840) is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 9, 2007

cc:  Counsel of Record