UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


In Re Tyco International, Ltd.          MDL Docket #02-1335-PB
Multidistrict Litigation (MDL 1335)    Case No. 05-cv-1338



ORDER

Re: Document No. 934, Motion to Dismiss the Complaint


Ruling:  Tyco's carefully reasoned memorandum in support of
its motion to dismiss identifies the many fatal defects in
plaintiff's complaint. Plaintiff has failed to file a timely
response to the motion. Nor has he sought permission to file a late
response despite having been on notice of the motion's existence
and the court's announced intention to grant the motion since May
22, 2007. Under these circumstances, a detailed written ruling is
not necessary. The motion to dismiss is granted for the reasons set
forth in the memorandum Tyco filed in support of its motion to
dismiss.


                                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    U.S. District Judge


Date:  June 13, 2007

cc:  Counsel of Record
     Adam Harrison Smith, Esq.