**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| IN RE TYCO INTERNATIONAL LTD., SECURITIES LITIGATION | ) MDL Docket No. 02-1335-PB <br> ) <br> ) This document relates to: <br> ) Securities Action <br> ) Civil Action No. 02-266-PB <br> ) |

**ORDER EXTENDING PRELIMINARY APPROVAL**
**HEARING DATE WITH RESPECT TO TYCO SETTLEMENT**

WHEREAS, the Class Representatives Plumbers and Pipefitters National Pension Fund, United Association General Officers Pension Plan, United Association Office Employees Pension Plan, United Association Local Union Officers & Employees Pension Fund, Teachers' Retirement System of Louisiana, and Louisiana State Employees' Retirement System, in their individual capacity and in their capacity as representatives of the Class, and Defendants Tyco International Ltd, Michael A. Ashcroft and Mark A. Belnick (collectively, along with the Class Representatives, the "Settling Parties") have reached an agreement in principle to resolve their claims in the above referenced action and in certain related actions (the "Tyco Settlement");

WHEREAS, a preliminary approval hearing with respect to the Tyco Settlement was previously scheduled by the Court to take place on June 29, 2007;

WHEREAS, the Settling Parties require additional time to memorialize their agreement in principle;

NOW, THEREFORE IT IS HEREBY ORDERED, that the preliminary approval hearing with respect to the Tyco Settlement shall be held on July 13, 2007 at 10:00 a.m. at the United States District Court for the District of New Hampshire, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, NH in Courtroom 4.

SO ORDERED this 27 day of June, 2007.

/s/PaulBarbadoro
Paul Barbadoro
United States District Judge