UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In Re Tyco Internationald, Ltd</u>          MDL Docket #:  02-md-1335-PB
<u>Multidistrict Litigation (MDL 1335)</u>

<u>O R D E R</u>

The clerk shall set up a telephone conference for 11:30 am on July 13, 2007 to discuss the pending motions and the completion of discovery.  Any party who wishes to participate in the telephone conference is to notify the clerk (Maryanne -603-225-1478) by 4:00 pm today.

SO ORDERED.

July 12, 2007                                                         /s/ Paul Barbadoro
                                                                            Paul Barbadoro
                                                                            United States District Judge

cc:     Counsel of Record