UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**In Re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**

MDL NO. 02-1335-PB
DERIVATIVE ACTION

**Joan Weisberg**   Case No. 02-cv-1368-PB
    **v.**
**Michael Ashcroft, et al.**

**O R D E R**

This case is one of several Derivative Actions that were transferred to this court by the Judicial Panel on Multidistrict Litigation. I propose to dismiss the action pursuant to my order of October 14, 2004. Any party who objects to the proposed order of dismissal shall file a memorandum supporting its objection on or before October 13, 2007.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 13, 2007

cc: Counsel of Record