UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE TYCO INTERNATIONAL LTD.   )
SECURITIES LITIGATION           )        MDL Docket No. 02-1335-B
                                )

**ORDER MODIFYING EXPERT DISCOVERY DEADLINES SET FORTH
IN PRACTICE AND PROCEDURE ORDER NO. 12**

Pursuant to an agreement by the parties, Practice and Procedure Order No. 12 is modified as follows:

**Expert Discovery**

1. Reports of expert witnesses retained by any plaintiffs shall be served on or before December 21, 2007. Reports of experts retained by defendants other than the Individual Defendants shall be served on or before February 25, 2008. Reports of expert witnesses retained by Individual Defendants shall be served on or before March 24, 2008. Reports of rebuttal witnesses retained by any plaintiff, if any, shall be served on or before April 14, 2008. None of the foregoing changes shall apply to the ERISA Plaintiffs case which shall remain under the schedule set forth in Practice and Procedure Order No. 12.

2. Depositions of expert witnesses shall be completed on or before June 6, 2008. This change shall not apply to the ERISA Plaintiffs case which shall remain under the schedule set forth in Practice and Procedure Order No. 12, except to the extent that expert witnesses in the ERISA case are also witnesses in any of the other coordinated cases. To the extent that the opinions and discovery of such witnesses is common to the ERISA case and the various coordinated securities cases, the ERISA Plaintiffs have agreed to meet and confer in good faith to accommodate common deposition dates for such witnesses.

This order supersedes the endorsed Order of November 6, 2007, regarding entry number 1157 on the Docket.

**SO ORDERED.**

Dated: November 30, 2007

/s/ Paul Barbadoro
Hon. Paul Barbadoro, U.S. District Judge

cc: Counsel of Record