IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE TYCO INTERNATIONAL LTD., SECURITIES LITIGATION | ) MDL Docket No. 02-1335-PB ) ) This document relates to: ) Securities Action ) Civil Action No. 02-266-PB ) |

### NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION

I, James J. Hayes, hereby withdraw my Motion to Reconsider the End Date of the Class Period, Class Damages, and Approval of the Settlement (Docket No. 1192), with prejudice.

Dated: January 16, 2008
Greensboro, NC

James J. Hayes
4024 Estabrook Drive
Annadale, VA 22003
(703) 941-4634

## CERTIFICATE OF SERVICE

I certify that on January 16, 2008, I authorized Co-Lead Counsel to serve a copy of the foregoing Notice of Withdrawal of Motion for Reconsideration via U.S. mail to the following counsel:

Richard Schiffrin
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Jay W. Eisenhofer
Grant & Eisenhofer
Chase Manhattan Centre
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Sanford D. Dumain
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Ann M. Galvani
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

_/s/ James J. Hayes_
James J. Hayes