**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| IN RE TYCO INTERNATIONAL LTD., SECURITIES LITIGATION | ) MDL Docket No. 02-1335-PB<br>)<br>) This document relates to:<br>) Securities Action<br>) Civil Action No. 02-266-PB<br>) |

**NOTICE OF STIPULATION REGARDING JAMES J. HAYES' WITHDRAWAL**
**OF MOTION FOR RECONSIDERATION AND AGREEMENT NOT TO APPEAL**

Co-Lead Counsel, on behalf of Lead Plaintiffs Plumbers and Pipefitters National Pension

Fund, United Association General Officers Pension Plan, United Association Office Employees

Pension Plan and United Association Local Union Officers & Employees Pension Fund,

Teachers Retirement System of Louisiana and the Louisiana State Employees Retirement

System, in their individual capacity and in their capacity as representatives of the Class, and

James J. Hayes, respectfully submit this NOTICE advising the Court that a Stipulation

Regarding James J. Hayes' Withdrawal of Motion for Reconsideration and Agreement Not to

Appeal, a copy of which is attached hereto as Exhibit 1 (the "Stipulation"), has been entered into

by Co-Lead Counsel and Mr. Hayes.

Dated: March 11, 2008                              Respectfully submitted,

                                                   GRANT & EISENHOFER P.A.

                                                    /s/ Sidney S. Liebesman
                                                   Jay W. Eisenhofer
                                                   Geoffrey C. Jarvis
                                                   Sidney S. Liebesman
                                                   Chase Manhattan Centre
                                                   1201 North Market Street
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 622-7000

David Kessler
Katharine M. Ryan
Michael K. Yarnoff
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706

Sanford D. Dumain
Leigh Smith
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone:  (212) 594-5300

*Co-Lead Counsel for Securities Action Plaintiffs*

William L. Chapman (N.H. Bar No. 397)
ORR & RENO, P.A.
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
Telephone:  (603) 224-2381
Fax:  (603) 224-2319

*Local Counsel for Securities Action
Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, Co-Lead Counsel for Securities Action Plaintiffs, hereby certifies that on this date, a copy of the foregoing **Notice of Stipulation** was electronically filed with the Clerk of Court using the USDC ECF system, and thus served on all counsel identified in the resulting Notice of Electronic Filing.

Date: March 11, 2008

>  /s/ Sidney S. Liebesman
> Sidney S. Liebesman
> GRANT & EISENHOFER P.A.
> Chase Manhattan Centre
> 1201 North Market Street
> Wilmington, DE 19801
> Telephone: (302) 622-7000
> Facsimile: (302) 622-7100