```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation**          Case No. 02-md-1335-PB
                                      ERISA Actions


**O R D E R**

Summary judgment motions shall be filed in two phases.  The first phase shall be limited to the issues that are outlined in plaintiffs' proposal (Doc. No. 1259).  After the court resolves the first phase motion, the parties may file any remaining summary judgment motions.  The parties shall submit a joint proposed schedule for the briefing of the phase one motion within 10 days.

SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

June 3, 2008

cc:  Counsel of Record