UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**    MDL DOCKET NO. 02–1335–B
                                           ERISA Actions

**O R D E R**

**Re**: Document No. 1259, The Parties' Proposals
Concerning Summary Judgment

**Ruling**: Plaintiffs' proposal is approved. Defendants' proposals are denied. I will set a schedule for additional summary judgment motions after I resolve the plaintiffs' motion.

/s/ Paul Barbadoro
Paul Barbadoro
District Judge

Date: July 8, 2008

cc: Counsel of Record