UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENTS BY TREASURER JOHN E. McCORMAC, on behalf of the COMMON PENSION FUND A, DCP EQUITY FUND, DCP SMALL CAP EQUITY FUND, SUPPLEMENTAL ANNUITY COLLECTIVE TRUST FUND, NJ BEST POOLED EQUITY FUND, and TRUSTEES FOR THE SUPPORT OF PUBLIC SCHOOLS FUND, <br><br>Plaintiffs, <br><br>v. <br><br>TYCO INTERNATIONAL LTD., L. DENNIS KOZLOWSKI, MARK H. SWARTZ, MARK A. BELNICK, PRICEWATERHOUSECOOPERS, LLP, PRICEWATERHOUSECOOPERS, FRANK E. WALSH, JR., RICHARD S. BODMAN, JOHN F. FORT, III, JAMES S. PASMAN, JR., and WENDY E. LANE, <br><br>Defendants. | Civ. No. 03-1337-B <br><br>MDL No. 1335 <br><br>**AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANTS TYCO INTERNATIONAL LTD., MARK A. BELNICK, RICHARD S. BODMAN, JOHN F. FORT, III, JAMES S. PASMAN, JR. AND WENDY E. LANE AND BAR ORDER** |

### AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANTS TYCO INTERNATIONAL LTD., MARK A. BELNICK, RICHARD S. BODMAN, JOHN F. FORT, III, JAMES S. PASMAN, JR. AND WENDY E. LANE AND BAR ORDER

Plaintiffs and Defendants Tyco International Ltd., Mark A. Belnick, Richard S. Bodman, John F. Fort, III, James S. Pasman, Jr. and Wendy E. Lane (each of them a "Settling Party" and collectively, the "Settling Parties"), having represented to the Court that they have entered into a

settlement agreement that resolves all issues between and among them in the Second Amended Complaint, and for good cause shown, the Court ORDERS:

1.	Pursuant to Section 21D-4(f)(7)(A) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(f)(7)(A): (a) Defendants L. Dennis Kozlowski, Mark H. Swartz, Frank E. Walsh, Jr., PricewaterhouseCoopers and PricewaterhouseCoopers LLP (collectively, the "Non-Settling Defendants"), and each of them, are hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for or otherwise seeking contribution against any Settling Party based upon, relating to, or arising out of the subject matter, allegations, transactions, facts, matters, occurrences, representations or omissions alleged, involved, set forth or referred to in the Second Amended Complaint in this suit; and (b) each Settling Party is hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for or otherwise seeking contribution for any amount paid in connection with this action against any other person based upon, relating to, or arising out of the subject matter, allegations, transactions, facts, matters, occurrences, representations or omissions alleged, involved, set forth or referred to in the Second Amended Complaint in the suit.

2.	Because there is no just reason for the delaying the entry of a final judgment with respect to the claims asserted by Plaintiffs against the Settling Parties, all claims asserted by Plaintiffs against the Settling Parties in the Second Amended Complaint are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 54(b). This action is not dismissed with respect to any claims against the Non-Settling Defendants.

3.	The Clerk is directed to enter this Agreed Order and Final Judgment of Dismissal against Defendants Tyco International Ltd., Mark A. Belnick, Richard S. Bodman, John F. Fort,

III, James S. Pasman, Jr. and Wendy E. Lane and Bar Order as a final judgment and send a copy of same to all counsel of record.

IT IS SO ORDERED.

July 21, 2008                         /s/ Paul Barbadoro
                                      The Hon. Paul Barbadoro
                                      United States District Judge

cc:   Counsel of Record