UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

in re: Tyco Securities Litigation					Case No. 02-md-1335

<u>Michigan Department of Treasury</u>
      v.								Case No. 08-cv-1340-PB
<u>Tyco International, Limited, et al.</u>

O R D E R

By notice dated June 16, 2008, Attorneys E. Powell Miller and Marc L. Newman were instructed to register for ECF within thirty (30) days. After the 30 day period had expired, the clerk's office contacted the above-attorneys by telephone as a courtesy and reminded them of their obligation to register for ECF. As of this date, none of the above-attorneys have registered for ECF.

The above-attorneys shall each individually register for ECF by September 15, 2008. Any of the above-attorneys who fail to register by that date shall be subject to the following: all conventionally filed documents submitted by the non-registered attorney will be stricken; no electronically filed court notice or orders will be forwarded to the non-registered attorney and the parties shall be relieved of their obligation to provide paper copies of electronic filings to the non-registered attorney.

SO ORDERED.

Date: September 10, 2008			/s/ Paul Barbadoro
						Paul Barbadoro
						United States District Judge

cc:	Counsel of Record