UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**In re:**

**Tyco International, Ltd.;**
**Securities Litigation**

MDL Docket No. 02-1335-B (PJB)

This document relates to:
Civil No. 02-cv-266-PB

**TEMPORARY RESTRAINING ORDER**

Upon the motion dated October 3, 2008, of Plaintiffs Tyco International Ltd. and Tyco International (U.S.) Inc. (collectively, "Tyco") for a temporary restraining order and a preliminary injunction against Defendant L. Dennis Kozlowski and for other relief (the "Motion"), the Court having heard from counsel for Tyco and Defendant, and good cause having been shown, in order to preserve the status quo pending the determination of the Motion for a preliminary injunction, it is hereby

ORDERED that:

1. Until 5 p.m. October 17, 2008, or, until further order of the Court modifying, extending, or dissolving this temporary restraining order, Defendant L. Dennis Kozlowski, his agents, servants, employees and attorneys, all persons in active concert or participation with said Defendant and all other persons who receive actual notice of this Order by personal service or otherwise, shall  not transfer, assign, encumber, sell or dispose of any assets or property, real or personal, tangible or

intangible, in which said Defendant has a legal, equitable, custodial or beneficial interest, except as may be required to pay bills or expenses of said Defendant in the ordinary course (other than any payments in connection with any agreement with or divorce judgment granted to Karen Kozlowski);

    2.   Tyco shall file a supplemental memorandum by no later than 5 p.m. on October 8, 2008;

    3.   Defendant shall file a supplemental memorandum by no later than 5 p.m. on October 14, 2008;

    4.   Tyco will have until 5 p.m. on October 16, 2008 to file a reply to Defendant's memorandum;

    5.   The Court will decide whether to modify, extend or dissolve this temporary restraining order after the supplemental briefing called for in this order has been submitted.

    SO ORDERED.

                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

October 6, 2008

cc: Counsel of Record