UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>In re: Tyco International, Ltd.,</u>**   MDL DOCKET NO. 02-1335-B
**<u>Securities Litigation</u>**              This document relates to:
                                              Civil No. 02-cv-266-PB

**O R D E R**

I intend to adopt the amendments to the Preliminary Injunction proposed by document nos. 1386 and 1387, except that I intend to reduce the 20-day period called for in document 1386 to three (3) days. The 20-day time limit is unacceptable to the court because it does not give the court sufficient flexibility to modify the Preliminary Injunction on shorter notice where good cause supports such a modification.

Any party that objects to these proposed amendments shall file an objection on or before 5:00 p.m. on October 30, 2008, explaining why the amendments should not be made.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 30, 2008

cc: Counsel of Record