```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**     CASE NO. 02-md-1335-B
                                            ERISA ACTION


**O R D E R**


     On or before December 18, 2008, the parties in the ERISA action shall jointly file a submission that includes only the provisions for each Retirement Savings and Investment Plan at issue in this case that correspond to Sections 2.1(ii), 4.3(a), 5.3(a), and 10.4(j) of Tyco International (US), Inc. Retirement Savings and Investment Plan VII.  Complete copies of any plan that has not yet been submitted in connection with the summary judgment motion shall also be filed at the same time.

     SO ORDERED.

 

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

December 11, 2008

cc:  Counsel of Record