UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>in re: Tyco Securities Litigation</u>

           v.                      Case No. 02-md-1335-PB

<u>O R D E R</u>

All pending Motions to Dismiss, document numbers: 1228, 1434, 1435, 1436, 1437, 1438, 1439, 1440, 1441, that were filed against the Opt-Out cases are denied without prejudice.

SO ORDERED.

December 23, 2008                       /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:      Counsel of Record