UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JEFFREY B. SCIALLO, et al., Plaintiffs, v. TYCO INTERNATIONAL LTD., et al., Defendants. | Civ. No. 03-1354-B<br><br>MDL No. 02-1335<br><br>**AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANTS TYCO INTERNATIONAL LTD. AND MARK A. BELNICK AND BAR ORDER** |

### AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL AGAINST DEFENDANTS TYCO INTERNATIONAL LTD. AND MARK A. BELNICK AND BAR ORDER

Plaintiffs Jeffrey B. Sciallo, Joseph Scherpf and H. Pamela Komenda, and Defendants Tyco International Ltd. and Mark A. Belnick (each of them a "Settling Party" and collectively, the "Settling Parties"), having represented to the Court that they have entered into a settlement agreement that resolves all issues between and among them in the Amended Complaint, and for good cause shown, the Court ORDERS:

1. Pursuant to Section 21D-4(f)(7)(A) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(f)(7)(A): (a) Defendants L. Dennis Kozlowski and Mark H. Swartz (collectively, the "Non-Settling Defendants"), and each of them, are hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for or otherwise seeking contribution against any Settling Party based upon, relating to, or arising out of the subject matter, allegations, transactions, facts, matters, occurrences, representations or omissions alleged, involved, set forth or referred to in the Amended Complaint in this suit; and

(b) each Settling Party is hereby permanently barred, enjoined, and restrained from commencing, prosecuting, or asserting any claim for or otherwise seeking contribution for any amount paid in connection with this action against any other person based upon, relating to, or arising out of the subject matter, allegations, transactions, facts, matters, occurrences, representations or omissions alleged, involved, set forth or referred to in the Amended Complaint in the suit.

2. Because there is no just reason for delaying the entry of a final judgment with respect to the claims asserted by Plaintiffs against the Settling Parties, all claims asserted by Plaintiffs against the Settling Parties in the Amended Complaint are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 54(b). This action is not dismissed with respect to any claims against the Non-Settling Defendants.

3. The Clerk is directed to enter this Agreed Order and Final Judgment of Dismissal against Defendants Tyco International Ltd. and Mark A. Belnick and Bar Order as a final judgment and send a copy of same to all counsel of record.

IT IS SO ORDERED.

Enter: December 29, 2008

/s/ Paul J. Barbadoro
The Hon. Paul Barbadoro
United States District Judge

We ask for this:


/s/ Edward A. Haffer
Edward A. Haffer, N.H. Bar #1052
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 11th floor
Manchester, NH 03101

Elizabeth F. Edwards, Esq.
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219

*Counsel for Tyco International Ltd.*



/s/ William T. Hassler
William T. Hassler, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Mark A. Belnick*



/s/ Timothy J. Dennin
Timothy J. Dennin, Esq.
TIMOTHY J. DENNIN, P.C.
316 Main Street
Northport, NY 11768

John B. Veach, III
FALLS & VEACH
P.O. Box 5205
Asheville, NC 28813

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing were served this date on the attached Service List through ECF or by mail for those on the list who do not have an ECF Registration.

/s/ Edward A. Haffer
Edward A. Haffer

Case 1:02-md-01335-PB Document 1451 Filed 12/29/08 Page 4 of 5

**SERVICE LIST**

Timothy J. Dennin, Esq.
**Timothy J. Dennin, P.C.**
316 Main Street
Northport, NY 11768
EMAIL DISTRIBUTION:
secatty@denninlaw.com
*Counsel for Plaintiffs*

John B. Veach, III
**Falls & Veach**
P.O. Box 5205
Asheville, NC 28813
*Counsel for Plaintiffs*

William T. Hassler
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Mark A. Belnick*
EMAIL DISTRIBUTION:
emjohnson@steptoe.com
whassler@steptoe.com

Jyotin R. Hamid, Esquire
**Debevoise & Plimpton**
919 Third Avenue
New York, NY 10022-3904
*Counsel for Defendant L. Dennis Kozlowski*
EMAIL DISTRIBUTION:
jhamid@debevoise.com

Michael J. Grudberg, Esquire
**Stillman & Friedman & Shechtman**
425 Park Avenue
New York, NY 10022
*Counsel for Defendant Mark Swartz*
EMAIL DISTRIBUTION:
mgrudberg@stillmanfriedman.com

5