UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| In re TYCO INTERNATIONAL LTD. | ) | MDL Docket No. 02-1335-B |
| MULTIDISTRICT LITIGATION | ) | **SECURITIES CATEGORY** |
| _____ | ) | |
| This Document Relates to: | ) | Docket No. 03-CV-1352 |
| ROSEMARIE STUMPF v. NEIL R. | ) | |
| GARVEY, et al. | ) | |
| | ) | |
| (In re TYCOM LTD. SECURITIES | ) | |
| LITIGATION) | ) | |

**STIPULATION CONCERNING CONTENTS OF THE RECORD TO BE REMANDED**

The parties, by counsel, stipulate that the contents of the record to be remanded to the District of New Jersey are as follows:

Pleadings and Orders:

| 12/13/2004 | 304 | AMENDED COMPLAINT against Neil R. Garvey, Goldman Sachs & Co., Dennis Kozlowski, Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Mark H. Swartz, Tyco Retirement Committee, Tycom Ltd. filed by Rosemarie Stumpf. (Attachments: # 1 Amended Complaint pages 31-60, # 2 Amended Complaint pages 61-92, # 3 Certificate of Service, # 4 Exhibit A, # 5 Exhibit B). |
| --- | --- | --- |
| 12/14/2004 | 310 | PRACTICE AND PROCEDURAL ORDER No. 11. |
| 01/06/2005 | 332 | Assented to MOTION for entry of scheduling order filed by Rosemarie Stumpf, with attachments. |
| 01/10/2005 | 342 | SCHEDULING ORDER re: 304 Amended Complaint. |
| 02/18/2005 | 384 | MOTION to Dismiss filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey, with memorandum, affidavit, and attachments. |
| 03/04/2005 | 389 | Assented to MOTION to Extend Time to 3/14/05 to file motion to dismiss filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 03/07/2005 | 390 | ENDORSED ORDER granting [389] Motion to Extend Time to file a Motion to Dismiss. |
| 03/07/2005 | 391 | MOTION to Dismiss the consolidated complaint filed by Dennis Kozlowski. |

1

| Date | Doc # | Description |
|---|---|---|
| 03/11/2005 | 392 | MOTION to Dismiss the consolidated class action complaint filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co., with memorandum, affidavit, and attachments. |
| 03/11/2005 | 393 | STIPULATED PROTECTIVE ORDER. |
| 04/14/2005 | 407 | Assented to MOTION to Extend Time to Object/Respond to [391] MOTION to Dismiss, [392] MOTION to Dismiss, [384] MOTION to Dismiss to 4/18/05 filed by Rosemarie Stumpf, with attachments. |
| 04/18/2005 | | ENDORSED ORDER granting [407] Motion to Extend Time to Object/Respond re [384] Motion to Dismiss, [391] Motion to Dismiss, [392] Motion to Dismiss. (Modified on 4/20/2005 to remove document relationship). |
| 04/25/2005 | 421 | OBJECTION to [392] MOTION to Dismiss with memorandum, served on 4/25/05, filed by Rosemarie Stumpf, Mark Newby. |
| 04/25/2005 | 422 | OBJECTION to [391] MOTION to Dismiss, [384] MOTION to Dismiss with memorandum, served on 4/25/05, filed by Rosemarie Stumpf, Mark Newby. |
| 04/25/2005 | 423 | AFFIDAVIT of Mark Mallory in Opposition re [391] MOTION to Dismiss, [384] MOTION to Dismiss filed by Mark Newby. |
| 04/25/2005 | 424 | Assented to MOTION to Exceed page limit filed by Mark Newby. |
| 04/28/2005 | 426 | Assented to MOTION to Extend Time to 5/27/05 to file reply filed by Tycom Ltd., Neil R. Garvey. |
| 04/29/2005 | 427 | WAIVER OF SERVICE Returned Executed Served/mailed on 4/20/2005. |
| 04/30/2005 | | ENDORSED ORDER granting [424] Motion to Exceed page limits. |
| 04/30/2005 | 429 | ORDER re: Electronic Case filing. |
| 05/02/2005 | | ENDORSED ORDER granting [426] Motion to Extend Time to file reply. |
| 05/20/2005 | 445 | REPLY to Objection to Motion re [384] MOTION to Dismiss with attachments and affidavits filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 05/20/2005 | 446 | Assented to MOTION to Exceed page limits in reply brief filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 05/25/2005 | | ENDORSED ORDER granting [446] Motion to Exceed page limits. |
| 05/27/2005 | 450 | REPLY to Objection to Motion re [392] MOTION to Dismiss filed by |

| | | |
|---|---|---|
| | | Goldman Sachs & Co. |
| 09/02/2005 | 514 | ORDER denying [384] Motion to Dismiss, denying [391] Motion to Dismiss, granting [392] Motion to Dismiss. |
| 09/14/2005 | 518 | Joint Assented to MOTION to Extend Time to Object/Respond to Amended Complaint to October 17, 2005 Filed by Swartz and filed by Dennis Kozlowski. |
| 09/15/2005 | 519 | Assented to MOTION to Extend Time to Answer to October 17, 2005 filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 09/19/2005 | | ENDORSED ORDER granting 518 Motion to Extend Time to Object/Respond to amended complaint. |
| 09/19/2005 | | ENDORSED ORDER granting 519 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 09/21/2005 | 525 | MOTION to Clarify Order on Defendants' Motion to Dismiss filed by Mark Newby. (Attachments: # 1 Memorandum of Law)(Mallory, Mark) |
| 09/22/2005 | 526 | Assented to MOTION to Extend Time to Object/Respond to 525 MOTION to Clarify Order on Defendants' Motion to Dismiss to October 20, 2005 filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 09/23/2005 | | ENDORSED ORDER granting 526 Motion to Extend Time to Object/Respond re 525 Motion to Clarify. |
| 09/23/2005 | 528 | Assented to MOTION to Extend Time to Object/Respond to 525 MOTION to Clarify Order on Defendants' Motion to Dismiss to October 20, 2005 filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 09/23/2005 | 530 | Amended MOTION to Clarify Order on Motion to Dismiss (correct signature) filed by Mark Newby. Follow up on Objection on 10/13/2005. |
| 09/27/2005 | | ENDORSED ORDER granting 528 Motion to Extend Time to Object/Respond re 525 Motion to Clarify. |
| 10/14/2005 | 546 | Assented to MOTION to Extend Time to Answer to November 4, 2005 filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 10/17/2005 | | ENDORSED ORDER granting 546 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 10/17/2005 | | ENDORSED ORDER granting 549 Motion to Extend Time to Object/Respond. |

3

| | | |
|---|---|---|
| 10/17/2005 | 549 | Assented to MOTION to Extend Time to Object/Respond to November 4, 2005 Filed by Swartz and filed by Dennis Kozlowski. |
| 10/20/2005 | 556 | OBJECTION to 525 MOTION to Clarify Order on Defendants' Motion to Dismiss filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Memorandum of Law in Opposition to Lead Plaintiff's Motion for Clarification). |
| 10/20/2005 | 557 | OBJECTION to 525 MOTION to Clarify Order on Defendants' Motion to Dismiss filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. (Attachments: # 1 Memorandum of Law in Opposition to Plaintiffs' Motion for Clarification). |
| 11/04/2005 | 564 | Assented to MOTION to Extend Time to Answer to December 16, 2005 filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 11/04/2005 | 565 | ANSWER to Amended Complaint filed by Mark H. Swartz. |
| 11/07/2005 | | ORDER granting 564 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 12/14/2005 | 602 | Assented to MOTION to Extend Time to Answer to January 13, 2006 filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 12/15/2005 | | ENDORSED ORDER granting 602 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 01/06/2006 | 613 | ORDER granting in part and denying in part 525 Motion to Clarify. |
| 01/11/2006 | 616 | Assented to MOTION to Extend Time to Answer to March 9, 2006 filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 01/12/2006 | | ENDORSED ORDER granting 616 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 01/13/2006 | 619 | Neil Garvey ANSWER to Amended Complaint filed by Neil R. Garvey. |
| 01/13/2006 | 620 | Tycom and Tyco International Ltd. ANSWER to Amended Complaint filed by Tyco International, Ltd., Tycom Ltd. |
| 02/09/2006 | 632 | Assented to MOTION to Extend Time to Answer to April 10, 2006 filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 02/14/2006 | | ENDORSED ORDER granting 632 Motion to Extend Time to Answer re 304 Amended Complaint. |
| 03/08/2006 | 651 | MOTION to Certify Class filed by Mark Newby. |

| | | |
|---|---|---|
| 03/08/2006 | 652 | AFFIDAVIT in Support re 651 MOTION to Certify Class filed by Mark Newby. |
| 03/08/2006 | 653 | MEMORANDUM in Support re 651 MOTION to Certify Class filed by Mark Newby. |
| 03/28/2006 | 668 | Assented to MOTION for Protective Order filed by Mark Newby. (Attachments: # 1 Proposed Order). |
| 03/29/2006 | 669 | Assented to MOTION for Protective Order filed by Mark Newby. (Attachments: # 1 Exhibit 1- March 11, 2005 Stipulated Protective Order, # 2 Exhibit 2- May 17, 2005 Order, # 3 Proposed Order Stipulated Protective Order to Assented-to-Motion). |
| 03/30/2006 | | ENDORSED ORDER granting 669 Motion for Protective Order. |
| 04/05/2006 | 689 | PROTECTIVE ORDER. |
| 04/10/2006 | 692 | ANSWER to Amended Complaint filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 04/24/2006 | 699 | PRACTICE AND PROCEDURAL ORDER No. 12. |
| 04/25/2006 | 702 | MOTION for Order establishing Deposition Protocol filed by Tyco International, Ltd.. (Attachments: # 1 Exhibit 1 Memorandum, # 2 Exhibit 2 Declaration of Latisha Thompson, # 3 Exhibit 3 Deposition Protocol Order). |
| 05/12/2006 | 720 | Assented to MOTION to Extend Time to Object/Respond to 702 MOTION for Order establishing Deposition Protocol to 5/24/2006 filed by Mark Newby. |
| 05/13/2006 | | ENDORSED ORDER granting 720 Motion to Extend Time to Object/Respond re 702 Motion for Miscellaneous Relief. |
| 05/24/2006 | 731 | MEMORANDUM in Opposition re 702 MOTION for Order establishing Deposition Protocol filed by Mark Newby. |
| 05/30/2006 | 744 | REPLY to Objection to Motion re 702 MOTION for Order establishing Deposition Protocol filed by Tyco International, Ltd., Merrill Lynch Pierce Fenner & Smith, Inc., Michael A. Ashcroft, Salomon Smith Barney, Inc., Goldman Sachs & Co., Richard S. Bodman, Wendy E. Lane, Joshua M. Berman, John F. Fort, James S. Pasman. (Attachments: # 1 Exhibit A Revised Proposed Deposition Protocol Order, # 2 Exhibit B Blacklined Revised Proposed Deposition Protocol). |
| 06/19/2006 | 756 | NOTICE of [Second Revised Proposed] Deposition Protocol Order by Tyco International, Ltd.. (Attachments: # 1 [Second Revised Proposed] |

5

| | | |
|---|---|---|
| | | Deposition Protocol Order). |
| 06/20/2006 | 757 | NOTICE of [Second Revised Proposed] Deposition Protocol Order by Securities Plaintiff. (Attachments: # 1 Proposed Order [Second Revised Proposed] Deposition Protocol Order, # 2 Proposed Order Redlined [Second Revised Proposed] Deposition Protocol Order). |
| 06/30/2006 | 762 | NOTICE of [Final Revised Proposed] Deposition Protocol Order by Tyco International, Ltd. (Attachments: # 1 [Final Revised Proposed] Deposition Protocol Order). |
| 07/06/2006 | 765 | PRACTICE AND PROCEDURAL ORDER No. 13. |
| 07/07/2006 | | ENDORSED ORDER 762 Notice. |
| 07/18/2006 | 773 | Assented to MOTION to Extend Time to Serve and File Opposition and Reply Papers on Class Certification filed by Mark Newby. (Attachments: # 1 Proposed Order). |
| 07/28/2006 | 780 | NOTICE of Deposition Phases and Dates and Miscellaneous Matters by Tyco International, Ltd.. |
| 08/04/2006 | | ENDORSED ORDER granting 773 Motion to Extend Time to extend the class certification briefing schedule in 03-cv1352. |
| 08/04/2006 | | ENDORSED ORDER Noted 780 Notice of deposition phases and dates. |
| 08/04/2006 | 782 | Assented to MOTION to Exceed Page Limit filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 08/04/2006 | 783 | OBJECTION to 651 MOTION to Certify Class filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification, # 2 Exhibit (Affidavit) Declaration of Parikh, # 3 Exhibit A to Declaration of Parikh, # 4 Exhibit B to Declaration of Parikh, # 5 Exhibit C part 1 Declaration of Parikh, # 6 Exhibit C part 2 Declaration of Parikh, # 7 Exhibit D part 1 Declaration of Parikh, # 8 Exhibit D part 2 Declaration of Parikh, # 9 Exhibit D part 3 Declaration of Parikh, # 10 Exhibit E part 1 Declaration of Parikh, # 11 Exhibit E part 2 Declaration of Parikh, # 12 Civil Cover Sheet F part 1 Declaration of Parikh, # 13 Exhibit F part 2 Declaration of Parikh, # 14 Exhibit G Declaration of Parikh). |
| 08/04/2006 | 784 | NOTICE of Joinder in Memorandum of Defendants of Tyco International, Tycom Ltd., and Neil Garvey in Opposition to Lead Plaintiff's Motion for Class Certification by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |

| | | |
|---|---|---|
| 08/09/2006 | | ENDORSED ORDER granting 782 Motion to Exceed Page Limit of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification. |
| 08/09/2006 | 790 | NOTICE of Concerning Participation in Depositions and Master Certificate of Service On Behalf of Plaintiffs' Scheduling Committee and Defendants' Scheduling Committee, filed by Securities Plaintiff. |
| 09/15/2006 | 800 | MOTION for Issuance of Letters Rogatory filed by Mark Newby. (Attachments: # 1 Proposed Order of Judge Barbadoro, # 2 Proposed Order Proposed Order Permitting Issuance of Letter Rogatory Pursuant to FRCP 28(b)(2), # 3 Proposed Order of the Clerk of the District Court of New Hampshire). |
| 09/18/2006 | 802 | Assented to MOTION Exceed Page Limit filed by Mark Newby. (Attachments: # 1 Proposed Order) |
| 09/18/2006 | 803 | REPLY to Objection to Motion re 651 MOTION to Certify Class filed by Mark Newby. |
| 09/28/2006 | 806 | OBJECTION to 800 MOTION for Issuance of Letters Rogatory filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Exhibit (Affidavit) of Karleen Peach). |
| 09/28/2006 | 807 | NOTICE of Joinder in Memorandum of Defendants Tyco International, Ltd., Tycom Ltd., and Neil Garvey in Opposition to Plaintiffs' Motion for Letter Rogatory to be Issued for Deposition to be Taken Pursuant to Fed. R. Civ. P. 28(b)(2) by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. |
| 10/10/2006 | | ENDORSED ORDER granting 802 Motion for to exceed page limits. |
| 10/10/2006 | | ENDORSED ORDER referring 800 Motion for Issuance of Letters Rogatory. |
| 10/10/2006 | 811 | Assented to MOTION for Leave to File Reply Memorandum of Law in Further Support of Motion for Letter Rogatory filed by Mark Newby. (Attachments: # 1 Proposed Order). |
| 10/10/2006 | 812 | REPLY to Objection to Motion re 800 MOTION for Issuance of Letters Rogatory filed by Mark Newby. |
| 10/11/2006 | | NOTICE of ECF Filing Error re: 811 Assented to MOTION for Leave to File Reply Memorandum of Law in Further Support of Motion for Letter Rogatory filed by Mark Newby, Document unreadable, incomplete, or improperly formatted. Filer shall refile and add to docket text: Replaces document no. 811. Notice of Compliance Deadline set for 10/20/2006. |
| 10/11/2006 | | NOTICE of ECF Filing Error re: 812 Reply to Objection to Motion |

7

| | | |
|---|---|---|
| | | filed by Mark Newby, Document should have been filed as an attachment to the main document (AP 2.5(a)). NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY. |
| 10/16/2006 | 816 | ORDER re: 800 Motion for Issuance of Letters Rogatory. |
| 10/18/2006 | 818 | NOTICE of Plaintiffs' Compliance with Deposition Protocol Order by Mark Newby. (Attachments: # 1 Notice ECF Notice of Amendment to Plaintiffs' Deponent Phase Designation dated July 20, 2006). |
| 10/26/2006 | 822 | ORDER granting 800 Motion for Issuance of Letters Rogatory. |
| 10/26/2006 | 823 | ORDER permitting issuance of letter rogatory. (Attachments: # 1 Exhibit 1 - Declaration of James R. Muirhead, # 2 Exhibit 2 - Declaration of James R. Starr). |
| 12/05/2006 | 840 | MOTION to Compel filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Memorandum of Law in Support of Their Motion to Compel, # 2 Exhibit (Affidavit) of Michelle Parikh) (Entered: 12/05/2006). |
| 12/06/2006 | 842 | Assented to MOTION to Expedite Briefing Schedule Concerning the Motion to Compel of Defendants Tyco International LTD., TyCom LTD., and Neil R. Garvey filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 12/11/2006 | | ENDORSED ORDER granting 842 Motion to Expedite. |
| 12/13/2006 | 845 | OBJECTION to 840 MOTION to Compel filed by Mark Newby. |
| 12/14/2006 | 847 | Notice of Intent to Reply to Objection to 840 MOTION to Compel. |
| 12/21/2006 | 853 | REPLY to Objection to Motion re 840 MOTION to Compel filed by Neil R. Garvey. (Attachments: # 1 Exhibit (Affidavit) Declaration DeMasi, # 2 Exhibit A to Declaration of DeMasi, # 3 Exhibit B to Declaration of DeMasi, # 4 Exhibit C to Declaration of DeMasi). |
| 12/22/2006 | 856 | Assented to MOTION for Leave to File Reply to Opposition to Motion to Compel filed by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. |
| 12/27/2006 | | ENDORSED ORDER granting 856 Motion for Leave to File Reply to Opposition to Motion to Compel. |
| 01/10/2007 | 873 | NOTICE of Supplement to Declaration of Karin A. DeMasi, Esq., in Further Support of Defendants Tyco International Ltd., TyCom Ltd., and Neil R. Garvey's Motion to Compel by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Exhibit B Kassay Deposition Transcript, # 2 Exhibit C Runge Deposition Transcript). |
| 01/10/2007 | 874 | Addendum/Supplement to Declaration of Karin A. DeMasi in Further |

| | | |
|---|---|---|
| | | Support of Defendants Tyco International Ltd., TyCom Ltd., and Neil Garvey's Motion to Compel to 853 Reply to Objection to Motion, by Tyco International, Ltd., Tycom Ltd., Neil R. Garvey. (Attachments: # 1 Exhibit B Kassay Deposition Transcript, # 2 Exhibit C Runge Deposition Transcript). |
| 01/25/2007 | 894 | Joint Assented to MOTION to Extend Time to Complete Non-Expert and Expert Discovery as set forth in Practice and Procedure Order No. 12 filed by Securities Plaintiff. |
| 03/09/2007 | 933 | ORDER granting 840 Motion to Compel. |
| 04/13/2007 | 961 | MOTION to Exceed for Leave to Serve Interrogatories in Excess of the Limit Specified by Fed. R. Civ. P. 33(a) filed by Tyco International, Ltd.. (Attachments: # 1 Exhibit A Securities Interrogatories, # 2 Exhibit B ERISA Interrogatories, # 3 Exhibit C Tycom Interrogatories). |
| 04/17/2007 | 962 | Addendum/Notice of Assent of Tycom Plaintiffs to 961 MOTION to Exceed for Leave to Serve Interrogatories in Excess of the Limit Specified by Fed. R. Civ. P. 33(a) by Tyco International, Ltd. |
| 05/21/2007 | 990 | Joint Assented to MOTION for Discovery of Lead Plaintiffs and Tyco International Ltd. to Modify Discovery Deadlines set forth in Practice and Procedure Order No. 12 filed by Tyco International, Ltd. |
| 05/22/2007 | | ORAL ORDER granting 990 Motion for Discovery. |
| 05/22/2007 | 991 | MOTION for Cravath, Swaine & Moore, LLP to Withdraw as Attorney from the MDL Proceedings filed by Tyco International, Ltd.. |
| 05/29/2007 | 1000 | Notice of Intent to Reply to Objection to 991 MOTION for Cravath, Swaine & Moore, LLP to Withdraw as Attorney from the MDL Proceedings to File Motion for Leave to File Reply. |
| 06/12/2007 | 1008 | ORDER granting 651 Motion to Certify Class. |
| 06/22/2007 | 1015 | Assented to MOTION for Issuance of Letters Rogatory filed by Mark Newby. |
| 06/22/2007 | 1016 | Assented to MOTION to Amend Letter Rogatory filed by Mark Newby. (Attachments: # 1 Declaration of Michael A. Schwartz in Support of Motion to Amend Letter Rogatory# 2 Proposed Order of Judge Murihead# 3 Proposed Order of the Clerk). |
| 06/22/2007 | 1018 | Assented to MOTION to Exceed for Leave to Serve Interrogatories in Excess of the Limit Specified by Fed. R. Civ. P. 33(a) filed by Merrill Lynch Pierce Fenner & Smith, Inc., Salomon Smith Barney, Inc., Goldman Sachs & Co. (Attachments: # 1 Exhibit A Underwriters Defendants' First Set of Interrogatories). |

| Date | Doc # | Description |
|---|---|---|
| 06/22/2007 | 1021 | Amended Assented to MOTION to Amend 800 MOTION for Issuance of Letters Rogatory filed by Mark Newby. (Attachments: # 1 Exhibit (Affidavit) Declaration of Michael A. Schwartz in Support of TyCom Lead Plaintiff's Motion to Amend Letter Rogatory, # 2 Attachment to Exhibit 1 - Telex Note from the Irish Department of Foreign Affairs, # 3 Attachment to Exhibit 2 - Amended Letter Rogatory, # 4 Attachment to Exhibit 3 - Order Permitting Issuance of Amended Letter Rogatory, # 5 Proposed Order Proposed Order of Judge Muirhead, # 6 Proposed Order Proposed Order of Court Clerk). |
| 06/25/2007 | | ENDORSED ORDER granting 1021 Motion to Amend 800 Motion for Issuance of Letters Rogatory. |
| 06/25/2007 | | ENDORSED ORDER granting 1018 Motion to Exceed limit of interrogatories. |
| 06/25/2007 | | Motions terminated: 1016 Assented to MOTION to Amend Letter Rogatory filed by Mark Newby, 1015 Assented to MOTION for Issuance of Letters Rogatory filed by Mark Newby. Replaced by document #1021 |
| 06/25/2007 | 1032 | ORDER permitting issuance of amended letter rogatory. |
| 06/25/2007 | 1033 | Addendum/Certification by Clerk James R. Starr as to Magistrate Judge Muirhead to 1032 Order. |
| 06/25/2007 | 1034 | NOTICE of Amended Letter Rogatory. (Attachments: # 1 Exhibit 1- Certification by Magistrate Judge Muirhead)(mxm) (Entered: 06/26/2007) |
| 07/12/2007 | 1043 | ORDER re: telephone conference on 7/13/07 to discuss pending motions and completion of discovery. |
| 08/27/2007 | 1089 | Assented to MOTION to Exceed for Leave to Serve Interrogatories in Excess of the Limit Specified by Fed. R. Civ. P. 33(a) filed by Mark Newby. (Attachments: # 1 Exhibit TyCom Plaintiffs' First Set of Interrogatories Addressed to Defendants Tyco International, Ltd. and TyCom Ltd.). |
| 08/28/2007 | | ENDORSED ORDER granting 1089 Motion to Exceed interrogatories. |
| 09/17/2007 | 1104 | NOTICE of First Circuit Judgment re: Rule 23(f) petition. |
| 10/29/2007 | 1157 | Joint Assented to MOTION to Extend Time to disclose experts filed by State of New Jersey, Department of Treasury, Division of Investments. |
| 11/06/2007 | | ENDORSED ORDER granting 1157 Motion to Extend Time re: expert disclosure deadline. |
| 11/20/2007 | 1177 | STIPULATION re: Expert Testimony by Mark Newby. |

| 11/30/2007 | 1180 | ORDER modifying expert discovery deadlines set forth in Practice and Procedure Order No.12. |
| --- | --- | --- |
| 01/18/2008 | | ENDORSED ORDER approving 1177 Stipulation. |
| 01/21/2008 | | ENDORSED ORDER granting 991 Motion to Withdraw as Attorney. |
| 03/07/2008 | 1221 | MOTION for Boies, Schiller & Flexner LLP to Withdraw as Attorney Boies, Schiller & Flexner LLP filed by Tyco International, Ltd., Tyco International (US) Inc. |
| 04/29/2008 | | ENDORSED ORDER granting 1221 Motion to Boise Schiller & Flexner to Withdraw as Attorney. |
| 05/13/2008 | 1257 | MOTION to Extend Time to – Modify Expert Discovery Deadlines Set Forth in Practice and Procedure Order No. 12 (Tyco Electronics Ltd., Covidien Ltd., and Covidien (US) ) filed by Tyco International, Ltd. |
| 05/21/2008 | | ENDORSED ORDER granting 1257 Motion to Extend Time re: expert discovery deadlines. |
| 05/21/2008 | 1243 | TyCom Lead Plaintiff Newby's Statement in Connection with the April 29, 2008 Status Conference by Mark Newby. |
| 07/01/2008 | | ENDORSED ORDER granting 1257 Motion to Extend Time re: expert discovery deadlines. |
| 10/14/2008 | 1326 | Assented to MOTION to Extend Time to October 3, 2008 to complete expert depositions filed by Mark Newby. |
| 10/16/2008 | | ENDORSED ORDER granting 1326 Motion to Extend Time deadline to complete expert depositions. |
| 10/24/2008 | 1338 | Assented to MOTION to Extend Time to complete expert discovery to October 15, 2008 filed by Mark Newby. |
| 10/31/2008 | | ENDORSED ORDER granting 1338 Motion to Extend Time expert discovery deadline for Newby. |

Transcripts:

| 10/25/2004 | Transcript of proceedings held before Judge Paul Barbadoro. STATUS CONFERENCE held on 10/25/2004. |
| --- | --- |
| 03/10/2006 | Transcript of proceedings held before Judge Paul Barbadoro. TELEPHONE CONFERENCE held on 3/10/2006. |
| 06/01/2006 | Transcript of proceedings held before Judge Paul Barbadoro. MOTION HEARING held on 6/1/2006 re 702 MOTION for Order establishing |

11

|  | Deposition Protocol, 710 Cross MOTION for Protective Order, 687 MOTION to Compel Lead Plaintiffs' Motion To Compel The Production Of Documents By Defendant Tyco International, Ltd., 682 MOTION for Protective Order. |
|---|---|
| 04/25/2007 | Transcript of proceedings held before Judge Paul Barbadoro. TELEPHONE CONFERENCE held on 4/25/2007 re: rescheduling of PWC's depositions. |
| 05/15/2007 | Transcript of proceedings held before Judge Paul Barbadoro. TELEPHONE CONFERENCE held on 5/15/2007. |
| 07/13/2007 | Transcript of proceedings held before Judge Paul J. Barbadoro. TELEPHONE CONFERENCE held on 7/13/2007. |
| 08/24/2007 | Transcript of proceedings held before Judge Paul J. Barbadoro. TELEPHONE CONFERENCE held on 8/24/2007. |
| 04/29/2008 | Transcript of proceedings held before Judge Paul J. Barbadoro. STATUS CONFERENCE held on 4/29/2008 with counsel from all cases. |
| 10/27/2008 | Transcript of proceedings held before Judge Paul J. Barbadoro. TELEPHONE CONFERENCE held on 10/27/2008. |

Respectfully submitted
Dated: January 29, 2009

/s/ Edward A. Haffer

By: Edward A. Haffer, N.H. Bar #1052
SHEEHAN PHINNEY BASS & GREEN, P.
1000 Elm Street, 11th floor
Manchester, NH 03101
Telephone: (603) 668-0300

Elizabeth F. Edwards, Esq.
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Karma M. Giulianelli, Esq.
John S. Phillips, Esq.
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202

Counsel for Tyco International Ltd , TyCom, Ltd.


  /s/ Robert C. Finkel

By:  Robert C. Finkel
Robert M. Kornreich
Natalie M. Mackiel
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Tel.: 212.759.4600

John F. Harnes
Gregory Keller
Mary Kathryn King
CHITWOOD HARLEY & HARNES LLP
1230 Peachtree St NE
2300 Promenade II
Atlanta, Georgia 30309
Tel.: (404) 873-3900

*Lead Plaintiff's Co-Lead Counsel*

Mark L. Mallory
MALLORY & FRIEDMAN, PLLC
8 Green Street
Concord, New Hampshire 03301
Tel.: 603.228.2277

*Lead Plaintiff's Local Counsel*


  /s/  Beth L. Kaufman

By:  Beth L. Kaufman
David B. Gordon
SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42nd Streete
New York, NY 10165
Tel:  (212) 661-5030

*Counsel for Neil R. Garvey*

13

<u>/s/ Robert N. Shwartz</u>

By: Robert N. Shwartz
Jyotin R. Hamid
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6850

Richard B. McNamara
WIGGIN & NOURIE, P.A.
670 North Commercial Street, Suite 305
Manchester, New Hampshire 03105
Tel: (603) 669-2211

*Counsel for L. Dennis Kozlowski*

<u>/s/ James A. Mitchell</u>

By: James A. Mitchell
Michael J. Grudberg
STILLMAN, FRIEDMAN & SCHECHTMAN, P.C.
425 Park Avenue
New York, New York 10022
Tel: (212) 223-0200

*Counsel for Mark H. Swartz*

<u>/s/ Lawrence B. Friedman</u>

By: Lawrence B. Friedman
Andrew Weaver
CLEARY, GOTTLIEB, STEEN & HAMILTON, LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000

*Counsel for Goldman Sachs & Co., Citigroup Global Markets Inc. (f/k/a Salomon Smith Barney Inc.) and Merrill Lynch, Pierce Fenner & Smith Incorporated*

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing were served this date on the attached Service List through ECF or by mail for those on the list who do not have an ECF Registration.

/s/ Edward A. Haffer_____
Edward A. Haffer

**Service List (Stumpf)**

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
Caroline S. Curtiss, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600

Stuart J. Guber, Esq.
Tamera M. Woodard, Esq.
Chitwood & Harley
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, G A 30309
(404) 873-3900

James V. Bashian, Esq.
Law Offices of James V. Bashian
500 Fifth Avenue
New York, NY 10110
(212) 921-1110

Jonathan Plasse, Esq.
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700

Jyotin Harnid, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
(212) 909-6000

Max Gitter, Esq.
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael Grudberg, Esq.
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022
(212) 223-0200