UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>**In re Tyco International, Ltd.**</u>
<u>**Multidistrict Litigation**</u> **(MDL 1335)**     Case No. 02-md-1335-B

<u>**Alexandra Ballard, et al.**</u>

    **v.**     Case No. 04-cv-1336-PB

<u>**Mark Swartz**</u>

<u>**O R D E R**</u>

I will dismiss this case within 30 days unless the parties file a stipulation or designation of remand record in accordance with Panel Rule 14(g).

SO ORDERED.

                                  /s/Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

June 25, 2009

cc: Counsel of Record