UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**     Case No. 02-md-1335-B
                                             ERISA Action

   **Mark Overby, et al.**

      **v.**                                Case No. 02-cv-1357-PB

   **Tyco International, Ltd., et al.**


**O R D E R**

Within 14 days, counsel for the ERISA plaintiffs and defendant Mark Swartz shall file under seal a joint status report regarding the progress of settlement discussions.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

June 25, 2009

cc: Counsel of Record