```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**        CASE NO. 02-md-1335-B

    Tyco v. Frank E. Walsh, Jr.           Civil No. 03-1341-PB

    Tyco v. L. Dennis Kozlowski           Civil No. 03-1343-PB

    Tyco v. Mark H. Swartz                Civil No. 03-1350-PB


### O R D E R

Any party that opposes remand of any of the above-captioned cases shall show cause on or before July 31, 2009 as to why the case or cases should not be remanded.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

July 15, 2009

cc:  Counsel of Record