```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation** (MDL 1335)       CASE NO. 02-md-1335-B

    Tyco v. Frank E. Walsh, Jr.       Civil No. 03-1341-PB
    Tyco v. L. Dennis Kozlowski       Civil No. 03-1343-PB
    Tyco v. Mark H. Swartz            Civil No. 03-1350-PB

### SUGGESTION OF REMAND

Pretrial proceedings on common matters have been substantially completed in Tyco v. Frank E. Walsh, Jr., Civil No. 03-1341-PB, Tyco v. L. Dennis Kozlowski, Civil No. 03-1343-PB, and Tyco v. Mark H. Swartz, Civil No. 03-1350-PB.  The parties in these cases are in agreement that they should be remanded to the courts where they were originally filed, and the court has determined that a remand order will best serve the expeditious resolution of these cases.  Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced cases to the courts in which they were originally filed.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

August 3, 2009

cc:  Counsel of Record