```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation</u> **(MDL 1335)**     CASE NO. 02-md-1335-B

    <u>Tyco International, LTD</u>
        v.
    <u>L. Dennis Kozlowski</u>                 Civil No. 03-1339-PB
    <u>and Mark H. Swartz</u>

**SUGGESTION OF REMAND**

Pretrial proceedings on common matters have been substantially completed in <u>Tyco v. L. Dennis Kozlowski and Mark H. Swartz</u>, Civil No. 03-1339-PB. The parties in this case are in agreement that it should be remanded to the court where it was originally filed, and the court has determined that a remand order will best serve the expeditious resolution of this case. Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced case to the court in which it was originally filed.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

August 5, 2009

cc:  Counsel of Record