UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**In re Tyco International, Ltd.**
**Multidistrict Litigation** (MDL 1335)     CASE NO. 02-md-1335-B

O R D E R

    I inadvertently omitted Sciallo v. Tyco International Ltd., et al., Civil No. 03-1354-B, from my November 17, 2008 Suggestion of Remand (Doc. No. 1412).  See Transcript of October 27, 2008 Telephone Conference (Doc. No. 1394) (discussing proposal to remand Sciallo case).  Any party who objects to this case being remanded shall file a motion in opposition to remand by September 25, 2009.

    SO ORDERED.

                                       /s/Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

September 11, 2009

cc:  Counsel of Record