```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation</u> (MDL 1335)       CASE NO. 02-md-1335-B

    <u>Jeffrey B. Sciallo, et al.</u>
        v.
    <u>Tyco International, Ltd.</u>            Civil No. 03-1354-PB


<u>**SUGGESTION OF REMAND**</u>


Pretrial proceedings have been substantially completed in <u>Sciallo v. Tyco International</u>, Civil No. 03-1354-PB.  The parties in this case are in agreement that it should be remanded to the court where it was originally filed, and the court has determined that a remand order will best serve the expeditious resolution of this case.  Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced case to the court in which it was originally filed.

    SO ORDERED.

                                               <u>/s/Paul Barbadoro</u>
                                               Paul Barbadoro
                                               United States District Judge

October 1, 2009

cc: Counsel of Record