UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re Tyco International, Ltd.
Multidistrict Litigation (MDL 1335)        CASE NO. 02-md-1335-B

State of New Jersey
Department of Treasury, et al.        Civil No. 03-1337-PB

    v.

Tyco International, Ltd., et al.


**O R D E R**

Any party that opposes remand of the above-captioned case shall show cause on or before December 9, 2009 as to why the case should not be remanded.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

November 12, 2009

cc:  Counsel of Record