# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FEDERATED AMERICAN LEADERS FUND, INC.; FEDERATED AMERICAN LEADERS FUND II; FEDERATED STOCK TRUST; FEDERATED TOTAL RETURN BOND FUND (Successor in interest to Federated Managed Income Portfolio); FEDERATED CAPITAL APPRECIATION FUND II; FEDERATED MID CAP GROWTH STRATEGIES FUND; FEDERATED MID CAP GROWTH STRATEGIES FUND II; FEDERATED LARGE CAP GROWTH FUND; FEDERATED BOND FUND; FEDERATED CAPITAL APPRECIATION FUND; FEDERATED INTERMEDIATE CORPORATE BOND FUND; and FEDERATED QUALITY BOND FUND II,<br><br>      Plaintiffs,<br><br>v.<br><br>TYCO INTERNATIONAL LTD.; TYCO ELECTRONICS LTD.; COVIDIEN LTD.; COVIDIEN (U.S.); L. DENNIS KOZLOWSKI; MARK H. SWARTZ; and FRANK E. WALSH, JR.,<br><br>      Defendants. | MDL Docket No.: 02-01335-PB<br>Docket No.: 08-CV-01337-PB |

## AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL
## AGAINST DEFENDANT MARK H. SWARTZ

Plaintiffs Federated American Leaders Fund, Inc., Federated Clover Value Fund II (formerly named Federated American Leaders Fund II), Federated Stock Trust, Federated Total Return Bond Fund (successor in interest to Federated Managed Income Portfolio), Federated Capital Appreciation Fund II, Federated Mid Cap Growth Strategies Fund, Federated Mid Cap Growth Strategies Fund II, Federated Large Cap Growth Fund, Federated Bond Fund, Federated Capital Appreciation Fund, Federated Intermediate Corporate Bond Fund, and Federated Quality Bond Fund II ("Plaintiffs") and Defendant Mark H. Swartz. (each of them a "Settling Party" and collectively, the "Settling Parties") having represented to the Court that they have entered into a

settlement agreement that resolves all issues between and among them in the Complaint, and for good cause shown, the Court ORDERS:

1. Because there is no just reason for the delaying the entry of a final judgment with respect to the claims asserted by Plaintiffs against the Settling Parties, all claims asserted by Plaintiffs against Swartz in the Complaint are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 54(b).

2. The Clerk is directed to enter this Agreed Order and Final Judgment of Dismissal against Defendant Mark H. Swartz as a final judgment and send a copy of same to all counsel of record.

IT IS SO ORDERED.

                                              Enter:    /   /2009

                                              _____
                                              The Hon. Paul Barbadoro
                                              United States District Judge

We ask for this:

 /s/ Michael L. Grudberg_____
Michael J. Grudberg
STILLMAN FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022

*Counsel for Mark H. Swartz*


 /s/ Thomas M. Skelton_____
Peter D. St. Phillip, Jr., Esq.
Thomas M. Skelton, Esq.
Barbara J. Hart, Esq.
Todd S. Garber, Esq.
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY 10601

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I certify that copies of the foregoing were served this date on the attached Service List through ECF or by mail for those on the list who do not have an ECF Registration.

                        <u>/s/ Thomas Skelton</u>
                        Thomas Skelton

## SERVICE LIST

| | |
|---|---|
| Vicki K. Andreadis | andreadi@hugheshubbard.com |
| Fred H. Bartlit, Jr. | catherine.mcpherson@bartlit-beck.com |
| Anne E. Beaumont | abeaumont@fklaw.com |
| Biron L. Bedard | blb@cooknmolan.com, jen@cooknmolan.com |
| Gregory A. Blue | gblue@mjbllc.com, rmarcoccia@mjbllc.com |
| Kenneth G. Bouchard | kbouchard@bestnhlaw.com, info@bestnhlaw.com, pcreveling@bestnhlaw.com |
| Shari A. Brandt | sbrandt@rkollp.com |
| Peter G. Callaghan | pcallaghan@preti.com, nhdcfilings@preti.com |
| William L. Chapman | wlc@orr-reno.com, federalcourt@orr-reno.com, mmcfall@orr-reno.com |
| Kamilla A. Chaudhery | kchaudhery@stroock.com |
| John P. Coffey | sean@blbglaw.com |
| Matthew M. D'Amore | mdamore@mofo.com |
| Jonathan W. Davenport | jdavenport@bsfllp.com |
| Karin A. DeMasi | kdemasi@cravath.com |
| Timothy J. Dennin | secatty@denninlaw.com |
| Danielle Disporto | ddisporto@wolfpopper.com |
| Sanford P. Dumain | sdumain@milbergweiss.com |
| Jennifer A. Eber | jaeber@orr-reno.com, federalcourt@orr-reno.com, mmcfall@orr-reno.com |
| Elizabeth F. Edwards | eedwards@mcguirewoods.com |
| Robert C. Finkel | rfinkel@wolfpopper.com |
| Eric B. Fisher | efisher@mjbllc.com |

| | |
|---|---|
| Paul J. Fishman | pfishman@fklaw.com |
| Andrew J. Frackman | afrackman@omm.com |
| Bryan A. Fratkin | bfratkin@mcguirewoods.com |
| Derrick R. Freijomil | dfreijomil@riker.com |
| Alan Friedman | afriedman@kramerlevin.com |
| Lawrence B. Friedman | lfriedman@cgsh.com |
| Brian J. Gallagher | bgallagher@cooley com |
| Paul J. Geller | pgeller@csgrr.com, e_file_fl@csgrr.com |
| Lisa Swedenborg Getson | lgetson@fklaw.com |
| Max Gitter | vlashay@cgsh.com, maofiling@cgsh.com |
| Karma M. Giulianelli | karma.giulianelli@bartlit-beck.com |
| David B. Gordon | dgordon@schoeman.com |
| Laurence Greenwald | lgreenwald@stroock.com |
| Michael J. Goldberg | mgrudberg@stillmanfriedman.com |
| Edward A. Haffer | ehaffer@sheehan.com, dhemeon@sheehan.com, ecote@sheehan.com, jvankalken@sheehan.com |
| Jeffrey A. Hall | jeffrey.hall@bartlit-beck.com |
| John F. Harnes | jfharnes@chitwoodlaw.com |
| William T. Hassler | whassler@steptoe.com |
| Christian M. Hoffman | choffman@foleyhoag.com |
| Darren T. Kaplan | dkaplan@chitwoodlaw.com |
| Jay B. Kasner | jkasner@skadden.com |
| Beth L. Kaufman | bkaufman@schoeman.com, jspin@schoeman.com |
| Gregory E. Keller | gkeller@chitwoodlaw.com |

| | |
|---|---|
| Mary Kathryn King | kking@chitwoodlaw.com |
| Douglas I. Koff | douglas.koff@cwt.com, amanda.kosowsky@cwt.com, benjamin.kraus@cwt.com, cynthia.ballard@cwt.com, jessica.lively@cwt.com, nathan.bull@cwt.com |
| Marc Bradley Kramer | marcbkramer@cs.com |
| Marilyn C. Kunstler | mkunstler@bsfllp.com |
| Jordana E. Lambert | jlambert@cgsh.com |
| Joseph B. Landau | jlandau@cgsh.com |
| Jill Asch Levenson | jlevenson@chitwoodlaw.com |
| Barry Wm. Levine | levineb@dicksteinshapiro.com |
| Sidney S. Liebesman | sliebesman@gelaw.com, jbanko@gelaw.com |
| Russell L. Lippman | rlippman@dpw.com |
| Daniel P. Luker | nhdcfilings@preti.com |
| Natalie M. Mackiel | nmackiel@wolfpopper.com |
| Mark L. Mallory | mark@malloryandfriedman.com |
| Rachel K. Marcoccia | rmarcoccia@mfbnyc.com, kdruhm@mfbnyc.com |
| Gregory A. Markel | greg.markel@cwt.com |
| Anne B. McCray | amccray@mcguirewoods.com |
| Richard B. McNamara | rmcnamara@wiggin-nourie.com, kcarter@wiggin-nourie.com |
| Christopher S. Milito | cmilito@schoeman.com, jspin@schoeman.com |
| Paul W. Mollica | pwmollica@mmbmlaw.com |
| Peter D. Morgenstern | pmorgenstern@mjbllc.com |
| Michael R. Mulder | mmmulder@mmbmlaw.com |
| Robert E. Murphy, Jr. | rmurphy@wadleighlaw.com |

| | |
|---|---|
| Blair A. Nicholas | blairn@blbglaw.com |
| Michael P. O'Mullan | momullan@riker.com |
| Michele L. Pahmer | mpahmer@stroock.com |
| Michael Peacock | mpeacock@chitwoodlaw.com |
| John S. Phillips | john.phillips@bartlit-beck.com |
| Jack Reise | jreise@csgrr.com, e_file_fl@csgrr.com |
| Carolyn Barth Renzin | crenzin@stillmanfriedman.com |
| Matthew M. Riccardi | mriccardi@rkollp.com, mschneider@rkollp.com |
| Deborah Goldstock Ringel | ringeld@dicksteinshapiro.com |
| Arnold Rosenblatt | a.rosenblatt@clrm.com, d.lessard@clrm.com, l.roy@clrm.com, 1.stoodley@clrm.com |
| Jeremy S. Rosof | jrosof@stroock.com |
| Stephanie A. Scharf | sscharf@schoeman.com, jspin@schoeman.com |
| Miranda Schiller | miranda.schiller@weil.com |
| Marc Frazier Scholl | schollm@dany.nyc.gov |
| Lara Shalov | lshalov@stillmanfriedman.com |
| David W. Shapiro | dshapiro@bsfllp.com, cduong@bsfllp.com, cseki@bsfllp.com, jchavez@bsfllp.com, jgoldman@bsfllp.com, jmallari@bsfllp.com, jvo@bsfllp.com, mkunstler@bsfllp.com |
| Jerri E. Shick | jshick@omm.com |
| Matthew P. Siben | matthews@blbglaw.com |
| Edward F. Siegel | efsiegel@efs-law.com |
| Laurie Smilan | laurie.smilan@lw.com, #DCLitigationServices@lw.com, christian.lidyard@lw.com, derrick.farrell@lw.com, maggy.sullivan@lw.com, matthew.gimovsky@lw.com |

{2034 / ORD / 00096468.DOC v1}

| | |
|---|---|
| Leigh Smith | lsmith@milberg.com |
| Steven S. Sparling | ssparling@kramerlevin.com |
| Carl L. Stine | cstine@wolfpopper.com |
| David S. Stone | dstone@bsfllp.com |

TYCO - Notice Only Attorneys    jshick@omm.com, dgeorge@lerachlaw.com, jbonner@lawssb.com, jgoldman@bsfllp.com, paul.dawes@lw.com, procco@lawssb.com, pwmollica@mmbmlaw.com, smadsen@cravath.com

TYCO - Notice Only Attorneys 2    ashley.altschuler@weil.com, jcagan@sbclasslaw.com, kryan@sbclasslaw.com, myarnoff@sbclasslaw.com, secatty@denninlaw.com, virginia.johnson@weil.com, william.gordon@weil.com

| | |
|---|---|
| Emma Terrell | eterrell@cooley.com |
| David A. Thorpe | davidt@blbglaw.com |
| James E. Townsend | jetnhlaw@verizon.net, cave@hugheshubbard.com |
| Charles B. Updike | cupdike@schoeman.com, jspin@schoeman.com |
| David A. Vicinanzo | dvicinanzo@nixonpeabody.com, man.managing.clerk@nixonpeabody.com |
| Howard L. Vickery | hvickery@bsfllp.com |
| James Q. Walker | jwalker@rkollp.com |
| Lawrence Walner | walner@walnerclassaction.com |
| Irwin H. Warren | irwin.warren@weil.com |
| Andrew Weaver | aweaver@cgsh.com |
| Melvyn I. Weiss | mweiss@milbergweiss.com |
| Anne Marie Whittemore | awhittemore@mcguirewoods.com |
| James M. Wilson, Jr. | JWilson@chitwoodlaw.com |
| Jon F. Worm | jonw@blbglaw.com |

<u>Notice will be delivered conventionally to:</u>

Jeffrey N. Luthi
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, NE
Washington, DC 20002-8004

Steven E. Fineman
Daniel P. Chiplock
Michael Miarmi
**Lieff Cabraser Heimann & Bernstein**,
LLP 780 Third Avenue, 48th Floor
New York, NY 10017-2024

Robert N. Kaplan
Frederic S. Fox
Laurence D. King
Joel B. Strauss
Hae Sung Nam
Donald R. Hall
**Kaplan Fox & Kilsheimer LLP**
Special Assistant Attorney Generals
State of Michigan
850 Third Avenue, 14th Floor
New York, NY 10022

Robert N. Shwartz
Jyotin Hamid
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022-3904

Michael S. Flynn
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

William R. Maguire
Sarah Loomis Cave
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004-1482

9

{2034 / ORD / 00096468.DOC v1}