```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation** (MDL 1335)      CASE NO. 02-md-1335-B

    **State of New Jersey**                   Civil No. 03-1337-PB
    **Dept. of Treasury, et al.**

        v.

    **Tyco International, Ltd.**


### SUGGESTION OF REMAND

Pretrial proceedings on common matters have been substantially completed in <u>State of New Jersey Department of Treasury, et al. v. Tyco International, Ltd., et al.</u>, Civil No. 03-1337-PB.  The parties in this case are in agreement that it should be remanded to the court where it was originally filed, and the court has determined that a remand order will best serve the expeditious resolution of this case.  Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced case to the court in which it was originally filed.

    SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```

December 28, 2009

cc:  Counsel of Record