# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>**John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>**Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana<br><br>**Kathryn H. Vratil**<br>United States District Court<br>District of Kansas<br><br>**David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Northern District of Texas<br><br>**Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California<br><br>**David G. Trager**<br>United States District Court<br>Eastern District of New York | **DIRECT REPLY TO:**<br>**Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002<br><br>Telephone:  [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

March 17, 2010

James R. Starr, Clerk
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Re:  MDL No. 1335 -- IN RE: Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

(See Attached CRO and Schedule of Actions)

Dear Mr. Starr:

Attached as a PDF document is a certified copy of a conditional remand order filed by the Panel in the above-captioned matter on March 2, 2010.  The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 14 days to give any party an opportunity to oppose the remand.  The 14-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199  F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Operations Supervisor

Attachment (Conditional Remand Order is a Separate Document)

cc:     Transferee Judge: Judge Paul J. Barbadoro                                                      JPML Form 41A