UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>in re: Tyco Securities Litigation</u>

                            Case No. 02-md-1335-PB
                                02-cv-1357-PB
                                <u>ERISA Action</u>

<u>ORDER</u>

Re: Document No. 1641, Motion for Discovery

Ruling:

Motion denied without prejudice. I will give the parties 30 days to resolve their differences. If a resolution is not reached within 30 days, I will appoint a special master to conduct proceedings and prepare a report and recommendation proposing a resolution of the dispute. The costs for the special master shall be paid by the parties and I reserve the right to assign all of the costs to one party if I determines that the party's position is not substantially justified.

                                       <u>/s/ Paul Barbadoro</u>
                                       Paul Barbadoro
                                       U.S. District Judge

Date:  April 6, 2010

cc:  Counsel of Record