UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation</u> (MDL 1335)      Case No. 02-md-1335-B


<u>O R D E R</u>

    I appoint Attorney Wilbur A. Glahn, III to serve as special master in this action and instruct Attorney Glahn to prepare a report and recommendation proposing a resolution of the fee dispute among plaintiffs' counsel.  Attorney Glahn shall meet and confer with the parties to the dispute, direct the parties to make such written submissions as he deems necessary, and prepare a report recommending a resolution of the dispute.  Objections to the special master's report and recommendation shall be filed within 14 days after the report and recommendation is filed.

    Attorney Glahn shall submit his proposed fees and expenses to the court for approval on a monthly basis and shall serve the parties with copies of his bills.  Objections to the special master's fees and expenses shall be filed within 14 days after his bills are served.  Any special master fees and expenses that are approved by the court shall be paid

initially by Izard Nobel LLP, and shall be subject to reallocation when the underlying fee dispute is resolved.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

June 24, 2010

cc:    Wilbur A. Glahn, III, Esq.
       Robert A. Izard, Esq.
       Kenneth Bouchard, Esq.
       James Wheat, Esq.
       Kyle Hart, Esq.
       Richard Lockridge, Esq.