# United States Court of Appeals
## For the First Circuit

_____

No. 11-1258

IN RE: TYCO INTERNATIONAL LTD. SECURITIES LITIGATION
_____

JEFFREY C. VAN FOSSEN

Plaintiff - Appellant

v.

GRANT & EISENHOFER, P.A.; SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP; MILBERG WEISS & BERSHAD LLP

Interested Parties - Appellees

_____

**JUDGMENT**

Entered: January 12, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

/s/ Margaret Carter, Clerk

cc:
John Jacob Pentz, III
James Richard Banko
Jay W. Eisenhofer
Geoffrey C. Jarvis
Sidney S. Liebesman
Karen E. Reilly
Katharine M. Ryan
Richard Schiffrin
Benjamin J. Sweet
Michael K. Yarnoff
Sanford D. Dumain
Leigh Smith
Melvyn I. Weiss
Paul D. Young