```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

In re: Tyco Securities Litigation

                                   Case No. 02-md-1335-PB
                                          ALL CASES


O R D E R


As the parties are aware, there are a voluminous number of sealed documents filed in this case, both in paper and electronic format. The vast majority of sealed filings have been scanned and added to the court's electronic docket.

On or before June 28, 2013, counsel shall review the court's docket and make a written request as to any original sealed document that would like returned to them.  Any original documents and accompanying compact discs that are not requested to be returned by that date will be shredded and disposed of by the clerk's office.

It is not the usual or customary policy of this court to seal documents indefinitely.  Given the large volume of sealed documents fiLed in this case and the administrative burden associated with a sua sponte evaluation of whether each document should remain sealed or made public, all documents electronically filed under seal shall remain sealed.  Any member of the public or media who would like to

obtain access to a sealed document shall file a motion to access with notice to the parties in this case.

    SO ORDERED.


                                          /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge


Date: April 11, 2013

cc:  Counsel of Record